UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CV-14394-ROSENBERG

GEORGE FRIEDEL & KATHLEEN
FRIEDEL,

    Plaintiffs,

v.

SUN COMMUNITIES, INC.,

    Defendant.
_____/

## SCHEDULING ORDER AND ORDER REFERRING CASE TO MEDIATION

Pursuant to the Court's Order Setting Trial and Order of Requirements at docket entry 7, due to the parties' failure to file a Joint Scheduling Report the Court hereby **ORDERS** that **discovery shall begin immediately**. The Court also orders the following:

### I. PRETRIAL DEADLINES

The pretrial deadlines in this case, which shall not be modified absent compelling circumstances, are as follows:

**January 10, 2020**: Rule 26(a)(1)(A) Initial Disclosures (if not provided earlier).

**January 10, 2020**: Deadline to designate a mediator and to schedule a time, date, and place for mediation. The Court must be notified of the date of mediation.

**February 24, 2020**: Deadline for joinder of additional parties, amended pleadings, and motions for class certification.

**April 15, 2020**: The parties shall provide opposing counsel with a written list with the names and addresses of all primary/initial expert witnesses intended to be called at trial and only those primary/initial expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of its expert witnesses'

anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2).[1] Within the 30 day period following this disclosure, the parties shall make their experts available for deposition. The experts' deposition may be conducted without further Court order.

**May 15, 2020**: The parties shall provide opposing counsel with a written list with the names and addresses of all rebuttal/responsive expert witnesses intended to be called at trial and only those rebuttal/responsive expert witnesses listed shall be permitted to testify. The parties shall also furnish opposing counsel with expert reports or summaries of its expert witnesses' anticipated testimony in accordance with Fed. R. Civ. P. 26(a)(2). Within the 30 day period following this disclosure, the parties shall make their experts available for deposition. The experts' deposition may be conducted without further Court order.

**Note**: The above provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers.

**June 15, 2020**: All discovery shall be completed.

**July 14, 2020**: All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine* shall be filed.  *See* Order Setting Trial and Order of Requirements, sections 11-12.

**August 14, 2020**: Mediation must be completed.

**September 14, 2020**: Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be filed. Parties shall also exchange Rule 26(a)(3) witness and exhibit lists.

**September 18, 2020**: Counter-designations of deposition testimony and objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances.

---

[1] Nothing in this Order shall modify the requirements of the Federal Rules with respect to when an expert summary report may be produced in lieu of a full, written expert report; a party may produce a summary expert report only when the Federal Rules so permit.

**September 24, 2020**: Objections to counter-designations of deposition testimony and responses to objections to designations of deposition testimony shall be filed.

**October 5, 2020**: Jury Instructions with proposed verdict forms or Proposed Findings of Fact and Conclusions of Law shall be filed. Proposed voir dire questions, if applicable, are also due on this date.

## II.    MEDIATION

Pursuant to Local Rule 16.2, this case is referred to mediation as follows:

a. Mediation shall be completed by the above stated deadline for completing mediation;

b. The parties shall—within the above stated deadline to designate a mediator and to schedule a time, date, and place for mediation—agree upon a mediator and file a Notice with the Court naming the chosen mediator and stating the date, time, and location for which mediation has been scheduled. If the parties are unable to agree upon mediator, they shall ask the Clerk of Court to designate a mediator from the list of certified mediators on a blind random basis;

c. Counsel for Plaintiff shall be responsible for coordinating a mediation date, time, and location agreeable to the mediator and all counsel of record;

d. **Within one (1) day** of the mediation conference, the mediator shall file a Mediation Report indicating who attended the mediation and the result thereof; and

e. The parties shall refer to the Court's Order Setting Status Conference, Calendar Call, and Trial Date for instructions on how to proceed after settlement.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 23rd day of December, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF