UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:19-CV-14394-ROSENBERG

GEORGE FRIEDEL &
KATHLEEN FRIEDEL,

    Plaintiffs,

vs.

SUN COMMUNITIES, INC.,

    Defendant.

_____/

**DEFENDANT'S RULE 26(a)(1)(A) INITIAL DISCLOSURES**

Defendant, Sun Communities, Inc. ("Defendant"), by and through the undersigned counsel and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure Rule, hereby files its Initial Disclosures, and states as follows:

**A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

| Name | Information Known |
|---|---|
| Defendant's Regional Manager, Megan Bunting c/o Atlas Law 1701 North 20th Street, Suite B Tampa, Florida 33324 (813) 241-8269 | Ms. Bunting has knowledge regarding the Community's Rules and Regulations, written complaints submitted by other residents of the Community regarding the Plaintiff's dog, and documents contained in the lot file. |
| Defendant's Former Community Manager, Patricia Jamar Current Address Unknown | Ms. Jamar has knowledge regarding the Community's Rules and Regulations, written complaints submitted by other residents of the Community regarding the Plaintiff's dog, and eye witness testimony regarding Maggie's behavior. |
| Plaintiff's Physician, Guillermo F. Morel, M.D. | Mr. Morel has knowledge regarding Plaintiff's medical condition requiring the |

| | |
|---|---|
| 13230 US-1<br>Sebastian, Florida 32958<br>(772) 589-0300 | need of an Emotional Support Animal. |
| Residents of the Community,<br>Harry Bray and Maureen Bray<br>2023 East Lakeview Drive<br>Sebastian, Florida 32958<br>(757) 839-5172 | Mr. and Mrs. Bray have knowledge regarding the incident involving Plaintiff's dog where another dog sustained injuries. |
| Resident of the Community,<br>Carole Tronolone<br>1136 West Lakeview Drive<br>Sebastian, Florida 32958<br>(772) 584-1377 | Ms. Tronolone has knowledge regarding several incidents involving Plaintiff's dog being aggressive towards other residents and her dog. |
| Resident of the Community,<br>Denise Lindser<br>1071 West Lakeview Drive<br>(772) 388-0451 | Ms. Lindser has knowledge regarding several incidents involving Plaintiff's dog being aggressive towards other residents. |
| Resident of the Community,<br>Nan Papparilli<br>Address and Telephone Number Unknown | Ms. Papparilli has knowledge regarding several incidents involving Plaintiff's dog being aggressive towards other residents. |
| Resident of the Community,<br>Paul Adrian<br>1982 East Lakeview Drive<br>Sebastian, Florida 32958<br>(772) 589-9805 | Mr. Adrian has knowledge regarding several incidents involving Plaintiff's dog being aggressive towards other residents. |
| Resident of the Community,<br>Kathy Hutzler,<br>1138 West Lakeview Drive<br>Sebastian, Florida 32958<br>561-312-1616 | Ms. Hutzler has knowledge regarding several incidents involving Plaintiff's dog being aggressive towards other residents |
| Owner of Dog Kidz Country Daycare & Boarding, LLC,<br>Sandra Blakley<br>7050 77th Street<br>Vero Beach, Florida 32967<br>(772) 388-2200 | Ms. Blakley has knowledge regarding the temperament of Plaintiff's dog |

**B.** A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

1. Rules and Regulations
2. Notices sent to Plaintiff
3. Written complaints from other residents of the community

4. Medical records regarding Plaintiff's need for an Emotional Support Animal
5. Veterinarian records from the incident involving Plaintiff's dog
6. Records of aggressive behavior and biting from Dog Kidz Daycare

C.   **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

Defendant has made no such claim.

D.   **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment:**

Defendant is not relying on any such policy.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Brian C. Chase
Brian C. Chase, Esq.
Florida Bar No. 17520

## SERVICE LIST

MARCY I. LAHART, ESQ.
Marcy I. LaHart, P.A.
207 SE Tuscawulla Road
Micanopy, Florida 32667
VIA CM/ECF

DENESE VENZA
Venza Law LLC
931 Village Boulevard
West Palm Beach, Florida 33409
VIA CM/ECF