UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 2:17-CV-14056-ROSENBERG/LYNCH

GEORGE FRIEDEL,

PLAINTIFF,

vs.

PARK PLACE COMMUNITY, LLC,

DEFENDANT.

---

DEPOSITION OF PATTY JAMAR

DATE: JUNE 13, 2017

TIME: 10:00 A.M. - 11:13 A.M.

PLACE: PARK PLACE
1001 WEST LAKEVIEW DRIVE
SEBASTIAN, FLORIDA 32958

TAKEN BY: PLAINTIFF

REPORTER: STACEY BARKLEY, COURT REPORTER, NOTARY PUBLIC OF THE STATE OF FLORIDA AT LARGE

APPEARANCES:

FOR PLAINTIFF: MARCY I. LAHART, P.A.
4804 SW 45TH STREET
GAINESVILLE, FLORIDA 32608
BY: MARCY I. LAHART, ESQUIRE

FOR DEFENDANT: ATLAS LAW
1701 NORTH 20TH STREET, SUITE B
TAMPA, FLORIDA 33605
BY: BRIAN C. CHASE, ESQUIRE

ALSO PRESENT: GEORGE AND KATHLEEN FRIEDEL
MEGAN BUNTING



EXHIBIT 1

cae24a97-2afc-44f8-8454-78b016833448

AND THEREUPON,

PATTY JAMAR,

called as a witness on behalf of the Plaintiff herein, after having been first duly sworn, was examined and testified as follows:

THE WITNESS: Yes.

DIRECT EXAMINATION

BY MS. LaHART:

Q. Could you state your name?

A. Patricia Jamar.

Q. Ms. Jamar, my name is Marcy LaHart. Pleased to meet you.

A. Thank you. You too.

Q. I'm counsel for Kathleen and George Friedel and Maggie Friedel. Have you ever given a deposition before?

A. Uh-huh.

Q. How recently have you been deposed?

A. Six years ago.

Q. It's been a little while, so I will go over the deposition basics. I am going to ask you some questions. And our court reporter is going to write down both my questions and your answers. It's important that if I ask you a question, you say yes or no, instead of nodding your head. And try to avoid uh-huh or uh-uh, because they sound or they look very similar on the transcript



cae24a97-2afc-44f8-8454-78b016833448

Q. What was your role with Park Place, LLC?
A. Community manager.
Q. Did you live on site?
A. No, I did not.
Q. What were your duties as the community manager?
A. To manage the maintenance and the marketing of the community, all operations.
Q. Do you have any training as a property manager or community manager?
A. Previously, I was a shopping center manager.
Q. You're not an LCAM? Do you know what that is?
A. I am a CAM, yes.
Q. When did you become the -- community association manager? Right?
A. Yes. I got my license in 2011.
Q. Okay. And that's with the Department of Business and Professional Regulations; is that correct?
A. Yes.
Q. Do you still hold that license?
A. Yes.
Q. So if I've done my math, you worked for Park Place, LLC for five years?
A. Yes.
Q. Was this the only community that you were responsible for when you were employed by Park Place?



cae24a97-2afc-44f8-8454-78b016833448

A. In January of 2017 I was promoted to district manager. And I oversaw responsibility for Savannah Club, which is another Sun community.

Q. So you were promoted to district manager six months ago and then you retired?

A. Yes.

Q. Can you tell me why that is?

A. I just chose to retire.

Q. Were you asked to retire or did you choose to retire?

A. I chose to retire.

Q. Why did you choose to retire?

A. I was able to do so. My husband's older. I wanted to enjoy life.

Q. Did you not enjoy life as the community manager for Park Place, LLC and Savannah Club?

A. Yes.

Q. Are you familiar with my clients --

A. Yes.

Q. -- George and Kathleen Friedel? How did you come to know them?

A. They purchased a home here while I was employed with Park Place.

Q. Did you have anything to do with that? Did you show them the home or handle the paperwork?



cae24a97-2afc-44f8-8454-78b016833448

you, because he was allowed to have two dogs?

A. I provided him that information just as a courtesy.

Q. Okay.

MR. CHASE: Do you want to mark this as Exhibit 4 with the attachment or that as 4 and then the attachment as 5?

MS. LaHART: The attachment can be 5.

(Exhibit No. 4 was marked for identification.)

BY MS. LaHART:

Q. Could you tell me what you know about this service animal -- service and assistance animal step-by-step policy? Did you write this?

A. No.

Q. Where did you get it from?

A. It comes out of our policy and procedures for Sun.

Q. For Sun Communities. So it's not just Park Place, but for any Sun community?

A. Correct.

Q. It says that Sun may require that an assistance animal that is perceived to be a dangerous breed be muzzled at all times when outside of the resident's home. What's a dangerous breed?

A. We do have a list of dangerous breeds in our



cae24a97-2afc-44f8-8454-78b016833448

prospectus that are not allowed.

Q. And if someone had one of those as an assistance animal, you would request that disabled person muzzle the dog at all times when it's outside of the property, outside of their home?

A. I'm not sure.

Q. Okay. Since you were the community manager of Park Place for five years, do you recall ever giving an accommodation for a service or assistance animal?

A. No.

Q. Do you recall anyone ever asking for one?

A. No.

MS. LaHART: I'll mark the service assistance animal policy as Exhibit 5.

(Exhibit No. 5 was marked for identification.)

BY MS. LaHART:

Q. I'll hand you what we'll mark as Exhibit 6. I'll show this to your attorney first. Are you familiar with that document?

A. Yes.

Q. Would you identify it for the record, please?

A. This was a written letter addressed to me from Kathleen Friedel filing a complaint against Carol Tronolone and her aggressive dog.

Q. Okay. And did you investigate that incident?



cae24a97-2afc-44f8-8454-78b016833448

Service and Assistance Animals Step-By-Step Policy

Knowledge Content AdminHR Administ Community/Resort Regulations




## Service and Assistance Animals

Assistance animals, also known as service animals, support animals, companion animals or therapy animals, are animals that afford a person with a disability an equal opportunity to use and enjoy housing.

Assistance animals are **not** considered pets under the law. Breed, size, and weight limitations may not be applied to an assistance animal. However, Sun may require that an assistance animal that is perceived to be a dangerous breed be muzzled at all times when outside the resident's home. Likewise, any service animal that attacks or injures other animal(s) or person(s) will be subject to a review of its accommodation status. The person using an assistance animal is responsible for the conduct of the animal, its care, maintenance and clean-up just as pet owners are. All assistance animals are required to be vaccinated and registered under state or local law and must be in compliance of those laws.

Although an assistance animal is typically described as a specially trained dog, it is not uncommon for other types of animals to be used as assistance animals. Companion animals do not need to be specifically trained to perform a specific task. Any animal which is reasonable and fits the criteria (that is, its task is to help the person with a disability) will be allowed under the assistance animal rules.

- Sun is **not** permitted to charge a pet deposit or pet fee on a service or assistance animal.
- If the service or assistance animal causes damages, Sun may charge the resident/guest for the damage.
- If a service animal becomes a nuisance, Sun can reassess whether to continue this accommodation.

### Processes/Procedures

As soon as a request for the use of a service animal has been made, the following procedures need to be followed:

1. If the request is easily granted, Sun will do so, **or**
2. Sun will contact the RVP and advise this request has been made.
3. Sun **and** the applicant complete the form entitled Request to Health Care Provider for Information.
4. The applicant must complete the form entitled Applicant Medical Release and Disability Certification.
5. After both of these forms are completed, these forms should be copied and saved.
6. **BOTH forms must be sent to the medical health care provider.**
7. The provider will review them, complete them and send them back with the necessary information. **Note: if Sun doesn't include both forms, the health care provider will not respond.**

8. Sun team members should put a note in the calendar to attempt to contact the health care provider in one week if the health care provider has not responded.
9. Sun team members must keep detailed notes of all communications with the applicant and health care provider.
10. Once the forms have been returned, Sun team members should contact the RVP. The RVP should also be contacted if the health care provider does not send the forms back within 2 to 3 weeks.
11. Once the decision is made as to whether Sun will accommodate the request, Sun will complete the form entitled Response to Request for Accommodation and/or Modification and send it to the person requesting the accommodation and/or engage in further communication with the person who is requesting the accommodation.

Sun team members should review the policies related to accommodation and contact the RVP for any further clarification regarding accommodation and/or assistance animals.

## See Also

For additional information on Service & Assistance Animals, see:

- Fair Housing
- Request to Health Care Provider for Information
- Applicant Medical Release and Disability Certification
- Response to Request for Accommodation and/or Modification

| Effective Date | Revision Date | SME | Owner |
|---|---|---|---|
| 08-12-2016 | 08-12-2016 | David Haynes | Sales, Closing, Operations |

#animal #assistance_animal #companion_animals #disability #fair_housing #pet #reasonable_accommodation #reasonable_modifications #service_animal #support_animal #therapy_animal





Jun 26 17 08:24a Advanced Air 772-388-1310 p.8

*(COMPLETE BY COMMUNITY (FIRST PAGE ONLY) AND SEND TO HEALTH CARE PROVIDER)*

**A REQUEST TO HEALTH CARE PROVIDER FOR INFORMATION**

**(COMPLETED BY COMMUNITY/RESORT)**

Date: ____________

To ____________
Health Care Provider's Name

____________
Health Care Provider's Address

From: ____________
Community/Resort Name (and name of contact)

____________
Community/Resort Address

____________

RE: REQUEST FOR REASONABLE ACCOMMODATION/MODIFICATION

INDIVIDUAL'S NAME ____________

ADDRESS ____________

The individual named above has applied for occupancy, is a guest or is living in our community. The individual has requested the following accommodation/modification:

____ Permission to keep a service animal at the premises to perform the following service(s): ____________

____ Requesting a designated parking space ____________

____ Permission to make the following changes to the premises (modifications): ____________

____ The following assistance (accommodation): ____________

Under state and federal laws, individuals with disabilities may request reasonable accommodations from housing providers. Reasonable accommodations in rules, policies, practices, and services must be allowed

to give persons with disabilities an equal opportunity to use and enjoy housing, provided such accommodation does not impose an undue hardship or requests a change in the fundamental nature of our business. Occupants with disabilities must be allowed to make reasonable modifications to their units and common areas subject to appropriate construction and restoration considerations.

When it is not obvious that an individual is disabled or requires a requested accommodation or modification, we need to verify same. We would appreciate your cooperation in answering the questions on this form and returning it to the contact at the property listed above.

Your patient has consented to this release of information, as shown on the Release (enclosed).

**(COMPLETED BY HEALTH CARE PROVIDER)**

**INFORMATION REQUESTED**

1. Is the individual disabled as defined on this page (see below)? ☐ Yes ☐ No

2. Set forth, with specificity, exactly what accommodation(s) or modification(s) are required to assist with the disability?

2. In your professional opinion, would the requested accommodation or modification alleviate one or more symptoms or effects of the individual's disability? ☐ Yes ☐ No

3. Name and phone number of contact person at your office if more information is needed. ______

**DEFINITION OF "DISABLED"**

Under federal law, an individual is disabled if he/she has a physical or mental impairment that substantially limits one or more major life activities, has a record of such impairment; or is regarded as having such impairment.

The term physical or mental impairment includes, but is not limited to, such diseases and conditions as orthopedic, visual, speech, and hearing impairments cerebral palsy, autism, epilepsy, muscular dystrophy, multiple sclerosis, cancer, heart disease, diabetes, Human Immunodeficiency Virus infection, mental retardation, emotional illness, drug addiction, and alcoholism. This definition does not include any individual who is a drug addict and is currently using illegal drugs or an alcoholic who poses a direct threat to property or safety because of alcohol use. (24 CFR Par 8.3, and HUD Handbook 4350.3) Exh. 2-2))

The term major life activities means those activities that are of central importance to daily life, such as seeing, hearing, walking, breathing, performing manual tasks, caring for one's self, learning and speaking.



p.10 772-388-1310 Advanced Air Jun 26 17 08:24a

PRINT NAME AND TITLE OF PERSON COMPLETING THIS VERIFICATION:

SIGNATURE OF PERSON COMPLETING THIS VERIFICATION:

CONTACT INFORMATION FOR FIRM/ORGANIZATION COMPLETING THIS VERIFICATION:

DATE THIS VERIFICATION IS SIGNED:

Please be advised that although no court action is contemplated at this time, if a court action or related proceeding as to the need for the requested accommodation or modification were to be filed, you could be called to testify regarding said need.

# APPLICANT MEDICAL RELEASE AND DISABILITY CERTIFICATION

COMPLETE BY APPLICANT AND SEND TO HEALTH CARE PROVIDER

To: ______________________________ Health Care Provider

From: ______________________________ Community Contact and Community Name

______________________________ Health Care Provider Address

______________________________ Community Address

Re: ______________________________ Name of Patient

**Be certain that this Release is signed and dated below.**

The individual named above has applied for occupancy, is a guest or is living in our Community. The individual has requested the following accommodation/modification:

☐ Permission to keep a service animal at the premises to perform the following ______________________________

☐ Requesting a designated parking space due to ______________________________

☐ Permission to make the following changes to the premises (modifications): ______________________________

☐ The following assistance (accommodations): ______________________________

Under state and federal laws, individuals with disabilities may request reasonable accommodations from housing providers. Reasonable accommodations in rules, policies, practices, and services must be allowed to give persons with disabilities an equal opportunity to use and enjoy housing, provided such accommodation does not impose an undue hardship or requests a change in the fundamental nature of our business. Occupants with disabilities must be allowed to make reasonable modifications to their units and common areas subject to appropriate construction and restoration considerations.

This Release authorizes the health care provider to release the information required by the community to consider the request for accommodation or modification. Information obtained under this release is limited to information that is no older than 12 months.

Signature of Patient Applicant ______________________________ Date: ______________

Print Patient Applicant Name ______________________________ Patient Applicant Date of Birth ______________

Patient Applicant Address ______________________________

07/2016