**2019 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F93000005373

**Entity Name:** SUN COMMUNITIES, INC.

**FILED**

**Apr 03, 2019**
**Secretary of State**
**6400073876CC**

**Current Principal  Place of Business:**

27777 FRANKLIN RD
STE 200
SOUTHFIELD, MI  48034

**Current Mailing Address:**

27777 FRANKLIN RD
STE 200
SOUTHFIELD, MI  48034

**FEI Number:** 38-2730780                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

NRAI SERVICES, INC
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL  33324  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| Title | CEO | Title | CFO |
|---|---|---|---|
| Name | SHIFFMAN, GARY A | Name | DEARING, KAREN J |
| Address | 27777 FRANKLIN RD STE 200 | Address | 27777 FRANKLIN RD STE 200 |
| City-State-Zip: | SOUTHFIELD MI 48034 | City-State-Zip: | SOUTHFIELD MI 48034 |

| Title | EVP | Title | D |
|---|---|---|---|
| Name | COLMAN, JONATHAN M | Name | LAPIDES, PAUL D |
| Address | 27777 FRANKLIN RD STE 200 | Address | 940 BLACKWELL TRAIL |
| City-State-Zip: | SOUTHFIELD MI 48034 | City-State-Zip: | MARIETTA GA |

| Title | D | Title | COO |
|---|---|---|---|
| Name | LEWIS, CLUNET R | Name | MCLAREN, JOHN B |
| Address | 27777 FRANKLIN RD., STE 200 | Address | 27777 FRANKLIN RD., STE 200 |
| City-State-Zip: | SOUTHFIELD MI 48034 | City-State-Zip: | SOUTHFIELD MI 48034 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KAREN J. DEARING                              CFO                    04/03/2019

Electronic Signature of Signing Officer/Director Detail                              Date