# 2019 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M06000000833

**FILED**
**Apr 29, 2019**
**Secretary of State**
**5459387335CC**

**Entity Name:** PARK PLACE COMMUNITY, L.L.C.

**Current Principal Place of Business:**

27777 FRANKLIN ROAD
SUITE 200
SOUTHFIELD, MI 48034

**Current Mailing Address:**

27777 FRANKLIN ROAD
SUITE 200
SOUTHFIELD, MI 48034 US

**FEI Number:** 43-2097967

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

NRAI SERVICES, INC.
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ELIZABETH ARENDT                                      04/29/2019
Electronic Signature of Registered Agent                          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | ASSET INVESTORS OPERATING PARTNERSHIP, LP |
| Address | 27777 FRANKLIN ROAD SUITE 200 |
| City-State-Zip: | SOUTHFIELD MI 48034 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: KAREN J. DEARING                  SECRETARY               04/29/2019
Electronic Signature of Signing Authorized Person(s) Detail            Date