**From:** Brian Chase
**Sent:** Tuesday, August 29, 2017 5:49 PM
**To:** Marcy LaHart <marcy@floridaanimallawyer.com>
**Subject:** RE: Request for Waiver of Sun Communities' Unwritten Policy

Marcy,

We have a hearing in the Friedel litigation matter tomorrow, and I also have a mediation in the afternoon.  I have hearings on Thursday and Friday of this week, as well.  I am unable to agree to respond to a very detailed request within 24 hours.  Moreover, I have previously and continue to express concerns re: Mr. Friedel's alleged disability.  His allegations do not match his medical records, which is a primary defense in our current litigation.  Notwithstanding, I am providing a copy of this correspondence to the appropriate parties and I will be in touch soon to advise.

Also, I want to be clear that there are no "unwritten policies."  Sun's policies regarding emotional support and service animals were produced as part of our litigation.

Thanks,



Brian C. Chase
Managing Attorney
1701 N. 20th Street
Suite B
Tampa, Florida 33605
T 813.241.8269 | F 813.840.3773
www.atlaslaw.com

concerns the negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

This transmission may contain certain information that is confidential, proprietary, attorney work-product and/or attorney-client privileged.  If you have received this communication in error, please promptly contact the sender by reply E-mail and destroy all copies of this original message.  In no event may this email or any of the material contained herein or attached hereto be used, copied, reproduced, stored or retained by anyone other than the intended addressee(s), without the express written consent of the sender and/or the intended addressee(s).

IRS CIRCULAR 230 NOTICE: Pursuant to Treasury Department Circular 230, this is to advise you unless we otherwise expressly state in writing, e-mail communications, including all attachments, from this firm are not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties.