UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 2:17-CV-14056-ROSENBERG/MAYNARD

GEORGE FRIEDEL,

    Plaintiff,

vs.

PARK PLACE COMMUNITY, LLC,

    Defendant.
_____/

## PART I- MAKING A DWELLING UNAVAILABLE

Do you find by a preponderance of the evidence:

1. That PARK PLACE took any action that made GEORGE FRIEDEL's home unavailable to him?

    ANSWER: Yes __X__ No _____

If your answer is YES, please proceed to Question 2; if your answer is NO, please stop here, and have the presiding juror sign and date this form.

2. That GEORGE FRIEDEL has a disability or handicap within the meaning of the Fair Housing Act?

    ANSWER: Yes __X__ No _____

If your answer is YES, please proceed to Question 3; if your answer is NO, please stop here, and have the presiding juror sign and date this form.

3. That PARK PLACE would not have taken an adverse action against GEORGE FRIEDEL were it not for his disability-related need to live with his dog Maggie?

    ANSWER: Yes __X__ No _____

If your answer is YES, please proceed to Question 4; if your answer is NO, please stop here, and have the presiding juror sign and date this form.

4. That GEORGE FRIEDEL's dog, Maggie, alleviates one or more of the symptoms associated with GEORGE FRIEDEL's disability/handicap?

ANSWER:   Yes__X__   No_____

If your answer is YES, please proceed to Part II and Question 5; if your answer is NO, please stop here, and have the presiding juror sign and date this form.

## PART II-PARK PLACE'S AFFIRMATIVE DEFENSE

Do you find by a preponderance of the evidence:

5. That GEORGE FRIEDEL's dog, Maggie, posed a direct threat to the health or safety of other individuals or that Maggie remaining in the Park Place Community would have resulted in substantial physical damage to the property of others, and that no reasonable accommodation would have eliminated or acceptably minimized the risk Maggie posed to other residents?

ANSWER:   Yes__X__   No_____

If your answer is NO, please proceed to Part III and Question 6; if your answer is YES, please stop here, and have the presiding juror sign and date this form.

## PART III-DAMAGES

GEORGE FRIEDEL must prove the amount of damages as full, just, and reasonable compensation, by a preponderance of the evidence.

6. Should GEORGE FRIEDEL be awarded damages to compensate for emotional pain and mental anguish?

ANSWER:   Yes_____   No_____

If your answer is YES, in what amount?   $_____

Please proceed to Part IV and Question 7.

## PART IV- PUNITIVE DAMAGES

GEORGE FRIEDEL must prove the amount of damages as full, just, and reasonable compensation, by a preponderance of the evidence.

7. Did PARK PLACE act with reckless disregard or callous indifference to GEORGE FRIEDEL when it required GEORGE FRIEDEL to remove his dog, Maggie, from Park Place or face eviction?

> ANSWER:     Yes_____          No_____
>
> If YES, how much in punitive damages should GEORGE FRIEDEL receive from PARK PLACE?     $_____

SO SAY WE ALL.

Dated: *October 17, 2017*

Signed: _____
Jury Foreperson