
**AtlasLaw**

Brian C. Chase
Managing Attorney
brian@atlaslaw.com

P 813.241.8269
F 813.840.3773

October 18, 2017

**Via U.S. Certified Mail, R.R.R.,
and By Posting**
George C. Friedel
Kathleen Hamilton Friedel
1993 East Lakeview Drive
Lot No. 1993
Sebastian, Florida 32958

RE: STATUTORY THIRTY (30) DAY NOTICE TO VACATE

Dear Mr. and Ms. Friedel:

We represent Park Place Community, L.L.C., the owner of Park Place mobile home community (the "Community"). On February 15, 2017, you were provided a statutory notice to cure your violations of §723.023(3), Fla.Stat., and the Community's Rules and Regulations (the "Rules").

Section 723.023(3), Fla.Stat., provides that "A mobile home owner shall at all times [c]omply with properly promulgated park rules and regulations and require other persons on the premises with his or her consent to comply therewith and to conduct themselves in a manner that does not unreasonably disturb other residents of the park or constitute a breach of the peace."

Section 8.B of the Rules provides that "Dangerous or aggressive pets are not allowed. Any animal that displays dangerous or aggressive behavior, as determined by Management in its sole and unfettered discretion, must be removed from the premises. Aggressive behavior may include, but is not limited to, lunging, growling, biting and/or barking at Residents or other pets." Section 8.F of the Rules provides that "Management may require removal of pets that cause excessive noise or disturb other Residents." Section 8.I of the Rules provides that "Management reserves the right to reject any pet, including exotic pets such as snakes, wild animals or other animals which, in Management's sole discretion, appear dangerous to others and/or inappropriate to house within the community."

Section 11 of the Rules provides in pertinent part that "Noise or conduct which Community Management finds objectionable, which disturbs the peaceful enjoyment of the Community by neighbors, or a nuisance to other residents or which constitutes a breach of peace is prohibited. Loud noises, annoying parties, abusive or profane language shall not be permitted at any time in the Community. All Residents and their guests must conduct themselves in an orderly fashion and must ensure that their pets behave in such a manner as not to annoy, disturb or interfere other occupants of the Community."

---

Statutory Notice to Vacate
October 18, 2017
Page 2 of 2

    You remain in violation of those Rules and §723.023(3) because you have failed to remove your dog from the premises, despite the fact that your dog displays aggressive behavior that endangers other residents of the Community and their pets.

    Pursuant to §723.061, Fla.Stat. and in accordance therewith, your lease agreement is terminated and you shall have thirty (30) days in which to vacate the premises. You are still responsible for the monthly lot rental amount for the remainder of your tenancy in the Community and any demand by our client for same is done so under a complete non-waiver of its rights to also demand that you vacate the premises in accordance herewith.

PLEASE BE GOVERNED ACCORDINGLY.

Very truly yours,
**ATLAS LAW**

Brian C. Chase

BCC/ar
cc:    Community Manager

---

Historic Ybor City Office: 1701 N. 20th Street, Suite B, Tampa, Florida 33605