UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:19-CV-14394-ROSENBERG

GEORGE FRIEDEL &
KATHLEEN FRIEDEL,

    Plaintiffs,

vs.

SUN COMMUNITIES, INC.,

    Defendant.
_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF
TIME TO RESPOND TO SECOND AMENDED COMPLAINT
AND EXTENSION FOR EXPERT WITNESS DISCLOSURES**

Defendant, Sun Communities, Inc. ("Sun Communities"), by and through the undersigned counsel, respectfully requests an extension of time through April 29, 2020 to file its response to Plaintiffs' Second Amended Complaint (Doc. 27), and an amendment to the Court's Scheduling Order (Doc. 12) extending the deadline for the parties' expert witness disclosures through May 30, 2020. In support thereof, Defendant states:

    1.    On March 13, 2020, the White House issued the *Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak*.

    2.    The national emergency has caused the closure of Defendant and its counsel's offices and an interruption in their day-to-day operations.

    3.    Defendant and its undersigned counsel require additional time to properly provide a response to the Second Amended Complaint and to provide expert witness disclosures.

    4.    Rule 6 of the Federal Rules of Civil Procedure provides that the Court may enlarge the time for a deadline for good cause.

5.   This request is made in good faith and not for purposes of delay, and will not prejudice any party.

6.   Counsel for Defendant Sun Communities has conferred with Plaintiffs' counsel on the relief requested in this Motion. Plaintiffs' counsel does not oppose the enlargements of time requested herein and stipulates to the entry of an order granting this Motion.

WHEREFORE, Defendant Sun Communities respectfully requests an order granting an extension of time to April 29, 2020 for Defendant's response to Plaintiffs' Second Amended Complaint and extending the Scheduling Order's deadline for expert witness disclosures to May 30, 2020.

Dated:  **March 27, 2020**

Respectfully submitted,

ATLAS LAW

/s/ Brian C. Chase
Brian C. Chase, Esq.
Florida Bar No. 0017520
3902 N. Marguerite Street
Tampa, Florida 33603
T: 813.241.8269
F: 813.840.3773
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of March, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Brian C. Chase
Brian C. Chase, Esq.
Florida Bar No. 17520

## SERVICE LIST

| | |
|---|---|
| MARCY I. LAHART, ESQ. | DENESE VENZA |
| Marcy I. LaHart, P.A. | Venza Law LLC |
| 207 SE Tuscawulla Road | 931 Village Boulevard |
| Micanopy, Florida 32667 | West Palm Beach, Florida 33409 |
| VIA CM/ECF | VIA CM/ECF |