UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 19--CV-14394-ROSENBERG

GEORGE FRIEDEL&
KATHLEEN FRIEDEL,

    Plaintiffs,

vs.

SUN COMMUNITIES INC. &
PARK PLACE COMMUNITY, LLC,

    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff GEORGE FRIEDEL, in the above referenced case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendants' Motion To Dismiss entered in this action on May 19, 2020.

Respectfully Submitted on 18th day of June, 2020.

                        MARCY I. LAHART, P.A.
                        /s/Marcy LaHart
                        Marcy I. LaHart, Esq.
                        207 SE Tuscawilla Road
                        Micanopy, FL 32667
                        Florida Bar No. 0967009

                        marcy@floridaanimallawyer.com

## **CERTIFICIATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of June, 2019 a true and correct copy of the foregoing has been furnished via CM/ECF electronic mail service to this to the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECP.

BY: /s/ Marcy LaHart
Marcy LaHart, Esq.
Florida Bar No. 0967009
