Billed and Unbilled Recap Of Time Details [SUNENT-FRIED : FRIEDEL, GEORGE]
Client:SUNENT - SUN COMMUNITIES, INC.   6/17/2020 2:51:34 PM

Case 2:19-cv-14394-RLR   Document 48-2   Entered on FLSD Docket 07/16/2020   Page 1 of 6   Page 1

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/26/2019 | 585 | JAMES J PARKS | 1.40 | 665.00 | REVIEW NEW COMPLAINT. TELEPHONE CONFERENCE WITH BRIAN CHASE RE SAME. REVIEW RES JUDICATA APPLICATION | SUNENT-FRIED | 5454500 |
| 12/05/2019 | | Invoice=453328 | 1.40 | 665.00 | | | |
| 12/03/2019 | 585 | JAMES J PARKS | 0.50 | 237.50 | REVIEW COMPLAINT TO PREPARE TO ENGAGE IN TELEPHONE CONFERENCE WITH LOCAL COUNSEL RE STRATEGY TO DEFEND COMPLAINT. ENGAGE IN SAME. | SUNENT-FRIED | 5468174 |
| 01/07/2020 | | Invoice=454615 | 0.50 | 237.50 | | | |
| 01/06/2020 | 585 | JAMES J PARKS | 0.30 | 142.50 | ATTN TO STATUS OF NEW LITIGATION. CORRESPONDENCE WITH LOCAL COUNSEL RE SAME. | SUNENT-FRIED | 5481040 |
| 02/06/2020 | | Invoice=455985 | 0.30 | 142.50 | | | |
| 01/06/2020 | 585 | JAMES J PARKS | 1.60 | 760.00 | REVIEW LAW ON RES JUDICATA. REVIEW FILE FOR STATUS OF DISCLOSURES. TELEPHONE CONFERENCE WITH BRIAN CHASE AND ASSOCIATE REVIEW LAW, OPTIONS AND OBJECTIVES RELATED TO SETTLEMENT, CHANCE OF SUCCESS AT DISTRICT LEVEL, REQUEST FOR BUDGET AND DECIDE HOW TO PROCEED. WITH CLIENT. | SUNENT-FRIED | 5481048 |
| 02/06/2020 | | Invoice=455985 | 1.60 | 760.00 | | | |
| 01/08/2020 | 585 | JAMES J PARKS | 1.30 | 617.50 | REVIEW AND AMEND MOTION TO DISMISS. CORRESPONDENCE WITH LOCAL COUNSEL RE OBJECTIVES, LAW, | SUNENT-FRIED | 5481299 |
| 02/06/2020 | | Invoice=455985 | 1.30 | 617.50 | | | |
| 01/09/2020 | 585 | JAMES J PARKS | 0.60 | 285.00 | TELEPHONE CONFERENCE WITH LOCAL COUNSEL RE STRATEGY ON MOTION TO DISMISS VS RES JUDICATA MSD LATER. ,REVIEW LAW, OPTIONS AND OBJECTIVES. | SUNENT-FRIED | 5483778 |
| 02/06/2020 | | Invoice=455985 | 0.60 | 285.00 | | | |
| 02/04/2020 | 585 | JAMES J PARKS | 2.30 | 1,092.50 | REVIEW RESPONSE TO MOTION TO DISMISS, REVIEW LAW, ANALIZE THEIR POSITION. PREPARE FOR TELEPHONE CONFERENCE WITH BRIAN CHASE ON REPLY, ANLAYSIS, LAW AND OPTIONS. | SUNENT-FRIED | 5502487 |
| 03/05/2020 | | Invoice=457352 | 2.30 | 1,092.50 | | | |
| 02/05/2020 | 585 | JAMES J PARKS | 1.50 | 712.50 | ANALIZE ARGUMENTS IN RESPONSE TO MOTION TO DISMISS. REVIEW CASES, TELEPHONE CONFERENCE WITH BRIAN CHASE REVIEW LAW, OPTIONS AND OBJECTIVES, DECIDE ON ISSUE IN WHICH TO PRESENT REPLY BRIEF. | SUNENT-FRIED | 5502817 |
| 03/05/2020 | | Invoice=457352 | 1.50 | 712.50 | | | |
| 02/11/2020 | 585 | JAMES J PARKS | 1.10 | 522.50 | REVIEW AND AMEND RESPONSE TO REPLY TO OUR MOTION TO DISMISS. CORRESPONDENCE WITH LOCAL COUNSEL RE SAME. | SUNENT-FRIED | 5506253 |
| 03/05/2020 | | Invoice=457352 | 1.10 | 522.50 | | | |
| 02/12/2020 | 585 | JAMES J PARKS | 0.30 | 142.50 | REVIEW CORRESPONDENCE FROM LOCAL COUNSEL AND REVIEW RESPONSE. | SUNENT-FRIED | 5504987 |
| 03/05/2020 | | Invoice=457352 | 0.30 | 142.50 | | | |
| 02/17/2020 | 585 | JAMES J PARKS | 0.60 | 285.00 | PREPARE FOR ENGAGE IN TELEPHONE CONFERENCE WITH CLIENT. REVIEW LAW, OPTIONS AND OBJECTIVES WITH CLIENT REGARDING LITIGATION, DEFENSES, STRATEGIES. | SUNENT-FRIED | 5511293 |
| 03/05/2020 | | Invoice=457352 | 0.60 | 285.00 | | | |
| 02/21/2020 | 585 | JAMES J PARKS | 0.30 | 142.50 | ATTENTION TO DISCOVERY. | SUNENT-FRIED | 5512486 |
| 03/05/2020 | | Invoice=457352 | 0.30 | 142.50 | | | |
| 02/27/2020 | 585 | JAMES J PARKS | 0.60 | 285.00 | REVIEW COURT ORDER RE MOTION TO DISMISS OR ADD PARK PLACE. PREPARE CORRESPONDENCE TO ALL AND REVIEW CORRESPONDENCE FROM LOCAL COUNSEL | SUNENT-FRIED | 5514923 |
| 03/05/2020 | | Invoice=457352 | 0.60 | 285.00 | | | |
| 03/17/2020 | 585 | JAMES J PARKS | 1.40 | 665.00 | REVIEW CORRESPONDENCE FROM BRIAN CHASE ON DISCOVERY. ATTENTION TO SAME. | SUNENT-FRIED | 5529287 |
| 04/06/2020 | | Invoice=458721 | 1.40 | 665.00 | | | |
| 03/18/2020 | 585 | JAMES J PARKS | 1.60 | 760.00 | ATTENTION TO DISCOVERY. CORRESPONDENCE WITH JAFFE PARTNERS TO ASERTAIN INFORMATION REQUESTED RELATED TO RELATIOHSHIP BETWEEN PARK PLACE AND SUN. REVIEW CLIENT FROM LOCAL COUNSEL RE SAME.CORRESPONDENCE TO CLIENT AND LOCAL COUNSEL RE STATUS | SUNENT-FRIED | 5529584 |
| 04/06/2020 | | Invoice=458721 | 1.60 | 760.00 | | | |
| 03/18/2020 | 656 | DAVID Z ADLER | 0.40 | 144.00 | REVIEW OPPOSING DISCOVERY REQUESTS; DRAFT CORRESPONDENCE REGARDING RESPONSES TO DISCOVERY REQUESTS. | SUNENT-FRIED | 5529593 |
| 04/06/2020 | | Invoice=458721 | 0.40 | 144.00 | | | |
| 03/20/2020 | 585 | JAMES J PARKS | 0.60 | 285.00 | ATTTENTION TO DISCOVERY. .CORRESPONDENCE WITH JAFFE PARTNERS RE ASSISTANCE RE SAME | SUNENT-FRIED | 5530299 |
| 04/06/2020 | | Invoice=458721 | 0.60 | 285.00 | | | |

Case 2:19-cv-14394-RLR   Document 48-2   Entered on FLSD Docket 07/16/2020   Page 2 of 6

Billed and Unbilled Recap Of Time Detail [SUNENT-FRIED - FRIEDEL, GEORGE]  Page 2
Client:SUNENT - SUN COMMUNITIES, INC.   6/17/2020 2:51:34 PM

| Date | Initials | Name./Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/21/2020 | 789 | JOSHUA M. BORSON | 0.30 | 90.00 | ATTENTION TO INTERROGATORIES. | SUNENT-FRIED | 5530336 |
| 04/06/2020 | | Invoice=458721 | 0.30 | 90.00 | | | |
| 03/22/2020 | 354 | MILTON I. KOVINSKY | 0.20 | 90.00 | ATTENTION TO PARK PLACE LITIGATION. | SUNENT-FRIED | 5539428 |
| 04/06/2020 | | Invoice=458721 | 0.20 | 90.00 | | | |
| 03/23/2020 | 354 | MILTON I. KOVINSKY | 0.90 | 405.00 | ATTENTION TO PARK PLACE LITIGATION AND | SUNENT-FRIED | 5539429 |
| 04/06/2020 | | Invoice=458721 | 0.90 | 405.00 | OWNERSHIP AND ORGANIZATIONAL MATTERS. | | |
| 04/02/2020 | 585 | JAMES J PARKS | 2.60 | 1,235.00 | REVIEW AMENDED COMPLAINT. REVIEW MOTION TO | SUNENT-FRIED | 5542034 |
| 05/06/2020 | | Invoice=460149 | 2.60 | 1,235.00 | DISMISS AND FILE TO ANALZE HOW TO PROCEED. | | |
| | | | | | REVIEW LAW, OPTIONS AND OBJECTIVES WITH LOCAL | | |
| | | | | | COUNSEL. REVIEW AND AMEND MOTIONS. | | |
| 04/16/2020 | 585 | JAMES J PARKS | 0.60 | 285.00 | REVIEW LITIGATION MATTER, EXPERT WITNESS | SUNENT-FRIED | 5548948 |
| 05/06/2020 | | Invoice=460149 | 0.60 | 285.00 | DISCLOSURE AND MOTIONS. CORRESPONDENCE WITH | | |
| | | | | | LOCAL COUNSEL RE SAME. | | |
| 04/20/2020 | 585 | JAMES J PARKS | 0.60 | 285.00 | RFV CORRESPONDENCE FROM BRIAN RE INFORMATION | SUNENT-FRIED | 5551654 |
| 05/06/2020 | | Invoice=460149 | 0.60 | 285.00 | ON FRIDEEL DISCOVERY. | | |
| 04/21/2020 | 585 | JAMES J PARKS | 2.50 | 1,187.50 | REVIEW BACKGROUND, FLOW CHARTS, OPERATING | SUNENT-FRIED | 5551660 |
| 05/06/2020 | | Invoice=460149 | 2.50 | 1,187.50 | AGREEMENT OF PARK PLACE TO ASCERTAIN | | |
| | | | | | INFORMATION RELEVANT TO DISCOVERY REQUESTS. | | |
| 04/21/2020 | 585 | JAMES J PARKS | 1.50 | 712.50 | TELEPHONE CONFERENCE WITH JIM H, SHERI W AND | SUNENT-FRIED | 5551661 |
| 05/06/2020 | | Invoice=460149 | 1.50 | 712.50 | BRAIN C RE DISCOVERY RESPONSES. REVIEW LAW, | | |
| | | | | | OPTIONS AND OBJECTIVES OF DISCOVERY REQUESTS, | | |
| | | | | | USE OF EXPERTS, BIFRICATION OF RESPONSIBILITIES | | |
| | | | | | TO OBTAIN INFORMATION. REVIEW DOCUMENTS AFTER | | |
| | | | | | CALL. | | |
| 04/22/2020 | 585 | JAMES J PARKS | 2.60 | 1,235.00 | ATTENTION TO DISCOVERY. CORRESPONDENCE WITH | SUNENT-FRIED | 5552102 |
| 05/06/2020 | | Invoice=460149 | 2.60 | 1,235.00 | JULIE N AND SUN TEAM TO DISCUSS PARAMETERS OF | | |
| | | | | | SEARCH, PROTOCOL OF COLLECTION, SEARCH TERMS. | | |
| | | | | | CORRESPONDENCE WITH LOCAL COUNSEL RE RESPONSE | | |
| | | | | | TO MOTION AND PENDING DISCOVERY | | |
| 04/22/2020 | 767 | JULIE A NORTON | 0.20 | 46.00 | COMMUNICATIONS WITH JIM PARKS REGARDING | SUNENT-FRIED | 5553449 |
| 05/06/2020 | | Invoice=460149 | 0.20 | 46.00 | DISCOVERY RESPONSES AND COLLECTION OF EMAILS. | | |
| 04/23/2020 | 886 | BENJAMIN M. LOW | 1.00 | 205.00 | ELECTRONIC DISCOVERY ZOOM MEETING | SUNENT-FRIED | 5552937 |
| 05/06/2020 | | Invoice=460149 | 1.00 | 205.00 | | | |
| 04/23/2020 | 585 | JAMES J PARKS | 1.90 | 902.50 | REVIEW CORRESPONDENCE FROM LOCAL COUNSEL ON | SUNENT-FRIED | 5552948 |
| 05/06/2020 | | Invoice=460149 | 1.90 | 902.50 | EXPERT. REVIEW PLEADINGS AND DISCOVERY REQUESTS | | |
| | | | | | TO ENGAGE IN TELEPHONE CONVERSATION WITH | | |
| | | | | | CLIENT, BEN L AND JULIE N RE PARAMETERS OF | | |
| | | | | | ELECTRONIC DISCOVERY. CONTINUED CONVERSATION | | |
| | | | | | WITH LOCAL COUNSEL AND CLIENT RE EXPERT | | |
| | | | | | RETENTION, LEGAL THEORIES AND STRATEGY OF CASE | | |
| 04/23/2020 | 585 | JAMES J PARKS | 1.60 | 760.00 | REVIEW AND AMEND REPLY TO RESPONSE TO MSD ON | SUNENT-FRIED | 5553043 |
| 05/06/2020 | | Invoice=460149 | 1.60 | 760.00 | SECOND AMENDED COMPLAINT. REVIEW ORIGINAL | | |
| | | | | | MOTION AND RESPONSE TO AMEND REPLY. TELEPHONE | | |
| | | | | | CONFERENCE WITH LOCAL COUNSEL RE SAME. | | |
| 04/23/2020 | 767 | JULIE A NORTON | 1.50 | 345.00 | CONFERENCE CALL WITH TEAM REGARDING DISCOVERY | SUNENT-FRIED | 5553434 |
| 05/06/2020 | | Invoice=460149 | 1.50 | 345.00 | REQUESTS AND COLLECTION OF EMAILS; BEGIN DRAFT | | |
| | | | | | OF MEMORANDUM PERTAINING TO SEARCH CRITERIA AND | | |
| | | | | | TERMS. | | |
| 04/24/2020 | 585 | JAMES J PARKS | 1.90 | 902.50 | ATTENTION TO DISCOVERY. CORRESPONDENCE WITH | SUNENT-FRIED | 5561293 |
| 06/03/2020 | | Invoice=461470 | 1.90 | 902.50 | CLIENT AND LOCAL COUNSEL. REVIEW FILES. AMEND | | |
| | | | | | SEARCH TERMS AND REVIEW CURRENT SEARCHES TO | | |
| | | | | | ACHIEVE MANAGABLE NUMBER OF DOCUMENTS | | |
| 04/24/2020 | 886 | BENJAMIN M. LOW | 0.70 | 143.50 | REVIEW CLIENT FILE AND CORRESPONDENCE | SUNENT-FRIED | 5553346 |
| 05/06/2020 | | Invoice=460149 | 0.70 | 143.50 | | | |
| 04/24/2020 | 767 | JULIE A NORTON | 2.40 | 552.00 | REVIEW PLEADINGS FOR CASE FACTS; COMPLETE DRAFT | SUNENT-FRIED | 5553416 |
| 05/06/2020 | | Invoice=460149 | 2.40 | 552.00 | OF SEARCH TERMS TO APPLY TO SUN'S EMAILS SYSTEM | | |
| | | | | | AND EMAILS REGARDING SAME. | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 04/27/2020 | 585 | JAMES J PARKS | 0.70 | 332.50 | ATTENTION TO DISCOVERY. REVIEW EXPERT ISSUES | SUNENT-FRIED | 5555849 |
| 05/06/2020 | | Invoice=460149 | 0.70 | 332.50 | WITH BRIAN. ADVISE RE SAME. | | |
| 04/27/2020 | 886 | BENJAMIN M. LOW | 0.90 | 184.50 | REVIEW PLEADINGS AND PROPOSED DISCOVERY TERMS; | SUNENT-FRIED | 5556692 |
| 05/06/2020 | | Invoice=460149 | 0.90 | 184.50 | CORRESPONDENCE RE: DISCOVERY | | |
| 04/28/2020 | 767 | JULIE A NORTON | 0.70 | 161.00 | UPDATE DRAFT OF SEARCH TERMS, CONFIRM | SUNENT-FRIED | 5556839 |
| 05/06/2020 | | Invoice=460149 | 0.70 | 161.00 | COLLECTION TIME PERIOD AND EMAILS WITH JEFF | | |
| | | | | | NAUDI REGARDING COLLECTION OF EMAILS. | | |
| 04/28/2020 | 585 | JAMES J PARKS | 1.20 | 570.00 | ATTENTION TO ELECTRONIC DISCOVERY ISSUES, | SUNENT-FRIED | 5557576 |
| 05/06/2020 | | Invoice=460149 | 1.20 | 570.00 | SEARCH TERMS, TIME PARAMETERS. TELEPHONE | | |
| | | | | | CONFERENCE WITH PARALEGAL AND LOCAL COUNSEL AND | | |
| | | | | | CLIENT RE SAME. | | |
| 05/01/2020 | 886 | BENJAMIN M. LOW | 0.60 | 123.00 | REVIEW EMAIL SEARCH PARAMETERS, CORRESPONDENCE | SUNENT-FRIED | 5560340 |
| 06/03/2020 | | Invoice=461470 | 0.60 | 123.00 | RE: DISCOVERY | | |
| 05/01/2020 | 767 | JULIE A NORTON | 1.40 | 322.00 | REVIEW AND ANALYZE INITIAL SUN EMAIL SEARCH | SUNENT-FRIED | 5560681 |
| 06/03/2020 | | Invoice=461470 | 1.40 | 322.00 | RESULTS AND COMMUNICATIONS WITH THE TEAM | | |
| | | | | | REGARDING RETHINKING TERMS DUE TO NUMBER OF | | |
| | | | | | SEARCH RESULTS. | | |
| 05/04/2020 | 585 | JAMES J PARKS | 1.30 | 617.50 | ATTENTION TO DISCOVERY. CORRESPONDENCE TO LOCAL | SUNENT-FRIED | 5560688 |
| 06/03/2020 | | Invoice=461470 | 1.30 | 617.50 | COUNSEL RE 30 (B)(6) DEPOSITIONS AND CHALLENGES | | |
| | | | | | WITH ELECTRONIC DISCOVERY. REVIEW SEARCH TERMS, | | |
| | | | | | NARROW SAME TO CULL UNIVERSE OF EMAILS. | | |
| | | | | | DESIGNATE CERTAIN SEARCHES | | |
| 05/04/2020 | 767 | JULIE A NORTON | 3.20 | 736.00 | EMAILS REGARDING STATUS OF COLLECTION; | SUNENT-FRIED | 5560869 |
| 06/03/2020 | | Invoice=461470 | 3.20 | 736.00 | CONFERENCE CALL WITH JIM PARKS AND BEN LOW | | |
| | | | | | REGARDING NARROWING AND STREAMLINING SEARCH | | |
| | | | | | TERMS; REVISE SEARCH TERM LIST AND EMAIL TO | | |
| | | | | | JEFF NAUDI. | | |
| 05/04/2020 | 886 | BENJAMIN M. LOW | 0.40 | 82.00 | CONFERENCE WITH JAMPAR AND JULNOR RE: DISCOVERY | SUNENT-FRIED | 5561916 |
| 06/03/2020 | | Invoice=461470 | 0.40 | 82.00 | | | |
| 05/04/2020 | 886 | BENJAMIN M. LOW | 0.30 | 61.50 | REVIEW DISCOVERY GUIDELINES | SUNENT-FRIED | 5561950 |
| 06/03/2020 | | Invoice=461470 | 0.30 | 61.50 | | | |
| 05/05/2020 | 184 | JODY ANDERSON | 0.40 | 80.00 | RECEIPT, REVIEW AND RESPOND TO MULTIPLE | SUNENT-FRIED | 5561573 |
| 06/03/2020 | | Invoice=461470 | 0.40 | 80.00 | REQUESTS REGARDING ADMISSION PRO HAC VICE. | | |
| 05/05/2020 | 585 | JAMES J PARKS | 2.70 | 1,282.50 | REVIEW PLEADINGS TO ENGAGE IN TELEPHONIC STATUS | SUNENT-FRIED | 5560992 |
| 06/03/2020 | | Invoice=461470 | 2.70 | 1,282.50 | CONFERECNE WITH OPPOSING COUNSEL , LOCAL | | |
| | | | | | COUNSEL AND THE COURT. FOLLOW UP CALLS WITH | | |
| | | | | | LOCAL COUNSEL RE REVIEW LAW, OPTIONS AND | | |
| | | | | | OBJECTIVES WITH CLIENT. ATTENTION TO PRO HAC | | |
| | | | | | VICE. ATTENTION TO AMENDING SEARCH FOR | | |
| | | | | | ELECTRONIC DISCOVERY AND REVIEW OF OTHER DOCS | | |
| | | | | | FOR PRODUCTION | | |
| 05/06/2020 | 767 | JULIE A NORTON | 1.20 | 276.00 | REVIEW EMAIL SEARCH RESULTS FROM JEFF NAUDI AND | SUNENT-FRIED | 5561599 |
| 06/03/2020 | | Invoice=461470 | 1.20 | 276.00 | COMMUNICATIONS REGARDING SAME; COMPLETE PROJECT | | |
| | | | | | INITIATION FORM FOR RELATIVITY. | | |
| 05/06/2020 | 184 | JODY ANDERSON | 1.60 | 320.00 | REVIEW COURT DOCKET AND PREPARE MOTION FOR | SUNENT-FRIED | 5562024 |
| 06/03/2020 | | Invoice=461470 | 1.60 | 320.00 | ADMISSION PRO HAC VICE IN UNITED STATES | | |
| | | | | | DISTRICT COURT FOR SOUTHERN DISTRICT OF | | |
| | | | | | FLORIDA.. PREPARE ORDER GRANTING MOTION. | | |
| | | | | | PREPARE CORRESPONDENCE TO FLORIDA LOCAL COUNSEL | | |
| | | | | | RE: FILING OF SAME. PREPARE MEMO TO J. PARKS. | | |
| 05/06/2020 | 585 | JAMES J PARKS | 1.30 | 617.50 | ATTENTION TO DISCOVERY. | SUNENT-FRIED | 5561321 |
| 06/03/2020 | | Invoice=461470 | 1.30 | 617.50 | | | |
| 05/07/2020 | 767 | JULIE A NORTON | 0.20 | 46.00 | EMAILS TO KLDISCOVERY REGARDING PROVIDING JEFF | SUNENT-FRIED | 5562436 |
| 06/03/2020 | | Invoice=461470 | 0.20 | 46.00 | NAUDI ACCESS TOT HE KLD FTP SITE. | | |
| 05/07/2020 | 585 | JAMES J PARKS | 1.70 | 807.50 | ATTENTION TO DISCOVERY | SUNENT-FRIED | 5567081 |
| 06/03/2020 | | Invoice=461470 | 1.70 | 807.50 | | | |

| Date | Initials | Name./Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/08/2020 | 354 | MILTON I. KOVINSKY | 0.40 | 180.00 | ATTENTION TO PARK PLACE LITIGATION AND ENTITY | SUNENT-FRIED | 5564378 |
| 06/03/2020 | | Invoice=461470 | 0.40 | 180.00 | DOCUMENTS MATTERS. | | |
| 05/08/2020 | 767 | JULIE A NORTON | 0.20 | 46.00 | FOLLOW-UP WITH JEFF NAUDI REGARDING STATUS OF | SUNENT-FRIED | 5562240 |
| 06/03/2020 | | Invoice=461470 | 0.20 | 46.00 | EMAIL COLLECTION. | | |
| 05/08/2020 | 886 | BENJAMIN M. LOW | 0.20 | 41.00 | CORRESPONDENCE WITH BRIAN CHASE RE: PROTECTIVE | SUNENT-FRIED | 5562326 |
| 06/03/2020 | | Invoice=461470 | 0.20 | 41.00 | ORDER | | |
| 05/09/2020 | 585 | JAMES J PARKS | 0.60 | 285.00 | ATTENTION TO DISCOVERY. | SUNENT-FRIED | 5562420 |
| 06/03/2020 | | Invoice=461470 | 0.60 | 285.00 | | | |
| 05/11/2020 | 886 | BENJAMIN M. LOW | 0.30 | 61.50 | ATTENTION TO CORRESPONDENCE RE: DISCOVERY AND | SUNENT-FRIED | 5565670 |
| 06/03/2020 | | Invoice=461470 | 0.30 | 61.50 | SUN DOCUMENT PRODUCTION | | |
| 05/11/2020 | 767 | JULIE A NORTON | 1.10 | 253.00 | COMMUNICATIONS WITH THE TEAM REGARDING | SUNENT-FRIED | 5566454 |
| 06/03/2020 | | Invoice=461470 | 1.10 | 253.00 | RESPONDING TO DISCOVERY REQUESTS, DOCUMENTS | | |
| | | | | | PRODUCED AND STATUS OF LOADING EMAILS TO | | |
| | | | | | RELATIVITY AS WELL AS COMMUNICATIONS WITH | | |
| | | | | | VENDORS REGARDING PROCESSING DOCUMENTS. | | |
| 05/11/2020 | 585 | JAMES J PARKS | 3.20 | 1,520.00 | ATTENTION TO DISCOVERY | SUNENT-FRIED | 5566992 |
| 06/03/2020 | | Invoice=461470 | 3.20 | 1,520.00 | | | |
| 05/11/2020 | 354 | MILTON I. KOVINSKY | 0.60 | 270.00 | ATTENTION TO PARK PLACE LITIGATION AND ENTITY | SUNENT-FRIED | 5567747 |
| 06/03/2020 | | Invoice=461470 | 0.60 | 270.00 | ORGANIZATIONAL DOCUMENTS. | | |
| 05/12/2020 | 585 | JAMES J PARKS | 1.90 | 902.50 | REVIEW RESPONSES TO DISCOVERY, OBJECTIONS. | SUNENT-FRIED | 5566978 |
| 06/03/2020 | | Invoice=461470 | 1.90 | 902.50 | TELEPHONE CONFERENCE WITH BRIAN RE SAME. REVIEW | | |
| | | | | | LAW, OPTIONS AND OBJECTIVES WITH LOCAL COUNSEL | | |
| | | | | | FOR TELEPHONE CONFERENCE WITH OPPOSING COUNSEL | | |
| | | | | | PRE MOTION TO COMPEL | | |
| 05/12/2020 | 767 | JULIE A NORTON | 1.10 | 253.00 | COMMUNICATIONS REGARDING DOCUMENT PRODUCTION | SUNENT-FRIED | 5566440 |
| 06/03/2020 | | Invoice=461470 | 1.10 | 253.00 | AND LOADING EMAILS INTO RELATIVITY; ORGANIZE | | |
| | | | | | HARD COPY PRODUCTION FOR LOADING TO RELATIVITY. | | |
| 05/13/2020 | 585 | JAMES J PARKS | 3.20 | 1,520.00 | REVIEW DISCOVERY MOTIONS, INFORMATION, | SUNENT-FRIED | 5566472 |
| 06/03/2020 | | Invoice=461470 | 3.20 | 1,520.00 | TELEPHONE CONFERENCE WITH BRIAN TO DISCUSS | | |
| | | | | | REVIEW LAW, OPTIONS AND OBJECTIVES WITH | | |
| | | | | | OPPOSING COUNSEL. TELEPHONE CONFERENCE WITH | | |
| | | | | | OPPOSING COUNSEL RE DISCOVERY MATTERS. ARGUE | | |
| | | | | | RELEVANCY AND OBJECTIONS TO PRODUCE REQUESTED | | |
| | | | | | DOCUMENTS | | |
| 05/13/2020 | 767 | JULIE A NORTON | 4.80 | 1,104.00 | RUN SEARCHES IN RELATIVITY AND REVIEW AND CODE | SUNENT-FRIED | 5567185 |
| 06/03/2020 | | Invoice=461470 | 4.80 | 1,104.00 | CLEARLY NOT RESPONSIVE EMAILS TO REMOVE THEM | | |
| | | | | | FROM THE ATTORNEY REVIEW SET. | | |
| 05/14/2020 | 767 | JULIE A NORTON | 2.60 | 598.00 | CONFERENCE CALL WITH JIM PARKS AND BEN LOW | SUNENT-FRIED | 5567183 |
| 06/03/2020 | | Invoice=461470 | 2.60 | 598.00 | REGARDING REVIEW OF EMAILS IN RELATIVITY; | | |
| | | | | | CONTINUE TO REVIEW AND CODE CLEARLY NOT | | |
| | | | | | RESPONSIVE EMAILS IN RELATIVITY: EMAILS WITH | | |
| | | | | | KLDISCOVERY REGARDING BATCHING OUT DOCUMENTS TO | | |
| | | | | | JIM PARKS AND BEN LOW. | | |
| 05/14/2020 | 886 | BENJAMIN M. LOW | 0.40 | 82.00 | CONFERENCE WITH JULNOR AND JAMPAR RE: DOCUMENT | SUNENT-FRIED | 5566746 |
| 06/03/2020 | | Invoice=461470 | 0.40 | 82.00 | PRODUCTION | | |
| 05/14/2020 | 585 | JAMES J PARKS | 2.90 | 1,377.50 | TELEPHONE CONFERENCE WITH TEAM RE SEARCH TERMS, | SUNENT-FRIED | 5566759 |
| 06/03/2020 | | Invoice=461470 | 2.90 | 1,377.50 | MEETING RE STATUS OF DISCOVERY, DELEGATE HOW | | |
| | | | | | AND WHOM TO PREPARE PROTECTED PRIVILEDGE SHEET | | |
| | | | | | AND REVIEW ALL EMAILS. COMMENCE REVIEW OF DOCS | | |
| | | | | | AND PREPARE SEARCH ISSUE TERMS FOR TEAM TO | | |
| | | | | | REVIEW DOCS | | |
| 05/15/2020 | 767 | JULIE A NORTON | 1.80 | 414.00 | CONTINUE TO REVIEW AND CODE CLEARLY NOT | SUNENT-FRIED | 5567175 |
| 06/03/2020 | | Invoice=461470 | 1.80 | 414.00 | RESPONSIVE EMAILS IN RELATIVITY AND EMAILS WITH | | |
| | | | | | JIM PARKS REGARDING QUESTIONABLE DOCUMENTS. | | |
| 05/15/2020 | 585 | JAMES J PARKS | 2.00 | 950.00 | ATTENTION TO DISCOVERY. | SUNENT-FRIED | 5567084 |
| 06/03/2020 | | Invoice=461470 | 2.00 | 950.00 | | | |
| 05/16/2020 | 767 | JULIE A NORTON | 3.20 | 736.00 | REVIEW AND CODE CLEARLY NOT RESPONSIVE | SUNENT-FRIED | 5567164 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/03/2020 | | Invoice=461470 | 3.20 | 736.00 | DOCUMENTS IN RELATIVITY; DETAILED EMAIL TO JIM PARKS REGARDING RESPONSIVENESS OF PARK PLACE PROSPECTUS' AND RESIDENT COMMENT RELATED DOCUMENTS. | | |
| 05/18/2020 | 585 | JAMES J PARKS | 3.60 | 1,710.00 | REVIEW DOCUMENTS, CODED, AND ISSUE SPOT. REVIEW | SUNENT-FRIED | 5569872 |
| 06/03/2020 | | Invoice=461470 | 3.60 | 1,710.00 | OPTIONS TO CUT DOWN DOCUMENTS TO PRODUCE. CORRESPONDENCE AND TELEPHONE CONFERENCE WITH JULIE N RE SAME. | | |
| 05/18/2020 | 585 | JAMES J PARKS | 3.90 | 1,852.50 | ATTENTION TO DISCOVERY. REVIEW DOCS FOR | SUNENT-FRIED | 5569679 |
| 06/03/2020 | | Invoice=461470 | 3.90 | 1,852.50 | PRODUCTION. TELEPHONE CONFERENCE WITH AND CORRESPONDENCE WITH PARALEGAL, SUN IT PEOPLE, TELEPHONE CONFERENCE WITH LOCAL COUNSEL. REVIEW MOTION FOR CONTEMPT | | |
| 05/18/2020 | 767 | JULIE A NORTON | 6.70 | 1,541.00 | ASSIST JIM PARKS WITH ACCESSING, REVIEWING AND | SUNENT-FRIED | 5571162 |
| 06/03/2020 | | Invoice=461470 | 6.70 | 1,541.00 | CODING DOCUMENTS IN RELATIVITY; RUN SEARCHES FOR CERTAIN DOCUMENT TYPES, REVIEW RESULTS AND MASS CODE DOCUMENTS THAT ARE OBVIOUSLY NOT RESPONSIVE; COMMUNICATIONS WITH JIM PARKS REGARDING QUESTIONABLE DOCUMENTS. | | |
| 05/18/2020 | 886 | BENJAMIN M. LOW | 2.10 | 430.50 | REVIEW SUN DOCUMENT PRODUCTION | SUNENT-FRIED | 5570488 |
| 06/03/2020 | | Invoice=461470 | 2.10 | 430.50 | | | |
| 05/19/2020 | 886 | BENJAMIN M. LOW | 1.80 | 369.00 | REVIEW SUN DOCUMENT PRODUCTION | SUNENT-FRIED | 5570519 |
| 06/03/2020 | | Invoice=461470 | 1.80 | 369.00 | | | |
| 05/19/2020 | 585 | JAMES J PARKS | 0.50 | 237.50 | TELEPHONE CONFERENCE WITH LOCAL COUNSEL RE | SUNENT-FRIED | 5569868 |
| 06/03/2020 | | Invoice=461470 | 0.50 | 237.50 | OUTCOME AND COURT ORDER. | | |
| 05/19/2020 | 585 | JAMES J PARKS | 3.20 | 1,520.00 | ATTENTION TO DISCOVERY. CODING, ISSUE SPOTTING. | SUNENT-FRIED | 5569871 |
| 06/03/2020 | | Invoice=461470 | 3.20 | 1,520.00 | | | |
| 05/19/2020 | 184 | JODY ANDERSON | 0.20 | 40.00 | PREPARE FOLLOW-UP CORRESPONDENCE TO B. CHASE | SUNENT-FRIED | 5570283 |
| 06/03/2020 | | Invoice=461470 | 0.20 | 40.00 | RE: PRO HAC VICE STATUS. RECEIPT, REVIEW AND RESPOND TO CORRESPONDENCE FROM B. CHASE RE: STATUS OF OUR MOTION TO DISMISS. | | |
| 05/20/2020 | 585 | JAMES J PARKS | 0.80 | 380.00 | PREPARE FOR TELEPHONE CONFERENCE WITH BRIAN, | SUNENT-FRIED | 5571524 |
| 06/03/2020 | | Invoice=461470 | 0.80 | 380.00 | JIM H. SHERI W RE FEES AND APPEAL. REVIEW LAW, OPTIONS AND OBJECTIVES WITH CLIENT. | | |
| 05/20/2020 | 585 | JAMES J PARKS | 0.60 | 285.00 | REVIEW LAW ON PAYMENT OF FEES UNDER FAIR | SUNENT-FRIED | 5571531 |
| 06/03/2020 | | Invoice=461470 | 0.60 | 285.00 | HOUSING, REVIEW PREVIOUS INVOICES TO ASSESS AMOUNT OF FEES. | | |
| 05/29/2020 | 585 | JAMES J PARKS | 0.70 | 332.50 | REVIEW MOTIONS FOR SANCTIONS, AMEND SAME. | SUNENT-FRIED | 5577604 |
| 06/03/2020 | | Invoice=461470 | 0.70 | 332.50 | TELEPHONE CONFERENCE WITH LOCAL COUNSEL RE OBJECTIVES | | |
| 06/15/2020 | 585 | JAMES J PARKS | 0.70 | 332.50 | ATTENTION TO FILE. REVIEW CORRESPONDENCE FROM LOCAL COUNSEL RE RESPONSE TO MOTION FOR FEES. RECOMMEND HOW HE SHOULD PROCEED. | SUNENT-FRIED | 5587222 |
| 06/16/2020 | 585 | JAMES J PARKS | 1.40 | 665.00 | REVIEW RESPONSE TO MOTION FOR FEES, ATTACHMENTS, EXHIBITS AND BRIEF. PREPARE CORRESPONDENCE TO LOCAL COUNSEL WITH RECOMMEDATIONS HOW TO PROCEED. | SUNENT-FRIED | 5587520 |
| | | UNBILLED TOTALS:  WORK | 2.10 | 997.50 | 2 records | | |
| | | UNBILLED TOTALS:  BILL: | 2.10 | 997.50 | | | |
| | | BILLED TOTALS:  WORK: | 113.80 | 43,036.50 | 80 records | | |
| | | BILLED TOTALS:  BILL: | 113.80 | 43,036.50 | | | |
| | | GRAND TOTALS:  WORK: | 115.90 | 44,034.00 | 82 records | | |
| | | GRAND TOTALS:  BILL: | 115.90 | 44,034.00 | | | |

Billed and Unbilled Recap Of Cost Transactions [SUNENT-FRIED48-2 EDJ,GEORGE]
Client:SUNENT - SUN COMMUNITIES, INC. 6/17/2020 2:51:34 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/25/2019 | 585 | JAMES J PARKS | SS | 65.00 | 0.15 | 9.75 | COPY EXPENSE # 2 | 2438964 |
| 12/05/2019 | | Invoice=453328 | | 65.00 | 0.15 | 9.75 | | |
| 11/26/2019 | 609 | SHEILA A BRYANT | PACER | 1.00 | 5.70 | 5.70 | PACER CHARGES NET CHARGES | 2450404 |
| 02/06/2020 | | Invoice=455985 | | 1.00 | 5.70 | 5.70 | | |
| 01/29/2020 | 585 | JAMES J PARKS | CO | 32.00 | 0.15 | 4.80 | COPY EXPENSE # 1 | 2453021 |
| 02/06/2020 | | Invoice=455985 | | 32.00 | 0.15 | 4.80 | | |
| 02/11/2020 | 585 | JAMES J PARKS | COC | 7.00 | 0.25 | 1.75 | COLOR COPIES | 2456160 |
| 03/05/2020 | | Invoice=457352 | | 7.00 | 0.25 | 1.75 | | |
| 02/14/2020 | 609 | SHEILA A BRYANT | SS | 6.00 | 0.15 | 0.90 | COPY EXPENSE # 2 | 2456161 |
| 03/05/2020 | | Invoice=457352 | | 6.00 | 0.15 | 0.90 | | |
| 03/06/2020 | 609 | SHEILA A BRYANT | PACER | 6.00 | 1.13 | 6.80 | PACER CHARGES NET CHARGES | 2465328 |
| 05/06/2020 | | Invoice=460149 | | 6.00 | 1.13 | 6.80 | | |
| | | BILLED TOTALS: WORK: | | | | 29.70 | 6 records | |
| | | BILLED TOTALS: BILL: | | | | 29.70 | | |
| | | GRAND TOTAL: WORK: | | | | 29.70 | 6 records | |
| | | GRAND TOTAL: BILL: | | | | 29.70 | | |