| Client File Date Entry | Description Info Explanation | Ref | Inv | Fees | Exps | Op Rcpts | Acc | Tr Rcpts | Tr Disbs | Resp Tr Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **12615** | **Park Place** | | | | | | | | | |
| **12615-002** | **Park Place v. Friedel** | | | | | | | | | BC |
| 11/25/2019 392189 | FEE: BC 0.80 Hrs @ 200.00 (Wrk: 0.00) Review of new complaint for FHA violations; attention to prior rulings from trial court; e-mail co-counsel re: same. | | 1560 | 160.00 | | | | | | |
| 11/26/2019 369047 | FEE: RV 0.90 Hrs @ 200.00 Analysis of Federal Fair Housing statutes, regulations, and case law to determine validity of tenant's new claim of discrimination. | | 1560 | 180.00 | | | | | | |
| 12/6/2019 404871 | FEE: BC 1.40 Hrs @ 200.00 Draft Notice of Appearance and Motion for Enlargement of Time re: response to Complaint; review and analysis of complaint and named defendants; attention to potential affirmative defenses | | 3289 | 280.00 | | | | | | |
| 12/23/2019 404872 | FEE: BC 0.80 Hrs @ 200.00 Attention to Case Scheduling Order and calendar of matters; consideration of mediator; attention to stipulated enlargement of time re: case management meeting and order. | | 3289 | 160.00 | | | | | | |
| 12/26/2019 399024 | INV: Billing on Invoice 1560 Park Place: Fees: 340.00 | | 1560 | | | | | | | |
| 1/7/2020 410090 | FEE: BC 1.40 Hrs @ 200.00 Research and analysis of Florida and Federal case law re: breach of covenant of good faith and fair dealing in preparation for motion to dismiss; draft, review and revise motion to dismiss with regard to Count IV of Plaintiff's Complaint | | 4064 | 280.00 | | | | | | |
| 1/7/2020 410091 | FEE: BC 1.60 Hrs @ 200.00 Research and analysis of Federal case law re: intimidation claim pursuant to Fair Housing Act; draft, review and revise motion to dismiss with regard to Count III of Plaintiff's Complaint | | 4064 | 320.00 | | | | | | |
| 1/7/2020 410092 | FEE: BC 1.20 Hrs @ 200.00 Research and analysis of Federal case law re: motion to dismiss for failure to include an indispensable party; attention to potential motion to dismiss re: same; correspondence with co-counsel. | | 4064 | 240.00 | | | | | | |
| 1/10/2020 402737 | IN: Sun Communities, Inc. On behalf of Park Place | 00454 | 1560 | | | 340.00 | o9 OUT | | | |
| 1/10/2020 410098 | FEE: BC 2.90 Hrs @ 200.00 Review and analysis of case law re: failure to include an indispensable party; draft, review and revise Motion to Dismiss re: same and finalize for filing. | | 4064 | 580.00 | | | | | | |
| 1/16/2020 407021 | INV: Billing on Invoice 3289 Park Place: Fees: 440.00 | | 3289 | | | | | | | |
| 2/5/2020 415244 | FEE: BC 1.40 Hrs @ 200.00 Attention to Response to Motion to Dismiss; consideration of reply and arguments re: same; draft, review and revise Motion for Extension of Time to Reply to Response to MTD | | 5493 | 280.00 | | | | | | |
| 2/6/2020 409541 | IN: Sun Communities, Inc. On behalf of Park Place | 00540 | 3289 | | | 440.00 | o9 OUT | | | |
| 2/10/2020 415249 | FEE: BC 3.60 Hrs @ 200.00 Draft, review and revise Reply to Plaintiff's Response to Defendant's Motion to Dismiss; analyze case law re: same. | | 5493 | 720.00 | | | | | | |
| 2/12/2020 415256 | FEE: BC 0.80 Hrs @ 200.00 Amend Reply to Response to Defendant's Motion to Dismiss; attention to finalization and filing of same. | | 5493 | 160.00 | | | | | | |
| 2/17/2020 413040 | INV: Billing on Invoice 4064 Park Place: Fees: 1,420.00 | | 4064 | | | | | | | |
| 2/18/2020 415264 | FEE: BC 0.60 Hrs @ 200.00 Conference call with client re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | | 5493 | 120.00 | | | | | | |
| 3/4/2020 423067 | FEE: BC 0.30 Hrs @ 200.00 Call with opposing counsel re: service; attention to status report and amended complaint potentially adverse to Park Place | | 6594 | 60.00 | | | | | | |
| 3/6/2020 423071 | FEE: BC 0.70 Hrs @ 200.00 Attention to responses to Interrogatory Request to Sun Communities | | 6594 | 140.00 | | | | | | |
| 3/6/2020 423072 | FEE: BC 0.60 Hrs @ 200.00 Attention to responses to Request for Production to Sun Communities | | 6594 | 120.00 | | | | | | |
| 3/18/2020 418462 | INV: Billing on Invoice 5493 Park Place: Fees: 1,280.00 | | 5493 | | | | | | | |
| 3/23/2020 419929 | IN: Sun Communities, Inc. On behalf of Park Place | 00160 | 4064 | | | 1,420.00 | o9 OUT | | | |
| 3/27/2020 420009 | FEE: RV 0.80 Hrs @ 200.00 (Wrk: 0.00) Drafted Motion for Extension to Respond to Second Amended Complaint and extension for expert witness disclosures. | | 6594 | 160.00 | | | | | | |
| 3/27/2020 423106 | FEE: BC 1.10 Hrs @ 200.00 Conference with opposing counsel re: extension of deadlines for discovery, response to complaint, and expert disclosures; draft, review and revise Motion for Enlargement of Time re: same. | | 6594 | 220.00 | | | | | | |
| 3/30/2020 420014 | IN: Sun Communities, Inc. On behalf of Park Place | 00175 | 5493 | | | 1,280.00 | o9 OUT | | | |

| Client File Date Entry | Description Info Explanation | Ref | Inv | Fees | Exps | Op Rcpts | Acc | Tr Rcpts | Tr Disbs | Resp Tr Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/31/2020 420029 | FEE: RV 0.60 Hrs @ 200.00 (Wrk: 0.00) Drafted Introduction section of Motion to Dismiss Friedel's Second Amended Complaint. | | 6594 | 120.00 | | | | | | |
| 3/31/2020 420032 | FEE: RV 0.90 Hrs @ 200.00 (Wrk: 0.00) Analysis Federal Fair Housing Act law on statute of limitations defense with attention to drafting Motion to Dismiss Friedel's Second Amended Complaint. | | 6594 | 180.00 | | | | | | |
| 3/31/2020 420033 | FEE: RV 0.40 Hrs @ 200.00 (Wrk: 1.10) Analysis of Federal Fair Housing law on elements of a retaliation claim with attention to drafting Motion to Dismiss Friedel's Second Amended Complaint. | | 6594 | 220.00 | | | | | | |
| 3/31/2020 420034 | FEE: RV 0.30 Hrs @ 200.00 (Wrk: 0.70) Analysis of Florida law on elements of Tortious Interference claims with attention to drafting Motion to Dismiss Friedel's Second Amended Complaint. | | 6594 | 60.00 | | | | | | |
| 3/31/2020 420035 | FEE: RV 4.10 Hrs @ 200.00 (Wrk: 5.20) Drafted Discussion Sections of I - V (10 pages) of Motion to Dismiss Friedel's Second Amended Complaint. | | 6594 | 820.00 | | | | | | |
| 3/31/2020 423126 | FEE: RV 0.70 Hrs @ 200.00 (Wrk: 0.00) Analysis of Florida and Federal law on res judicata and collateral estoppel defenses with attention to drafting Motion to Dismiss Friedel's Second Amended Complaint. | | 6594 | 140.00 | | | | | | |
| 4/1/2020 424754 | FEE: BC 1.30 Hrs @ 200.00 Review and revision of Motion to Dismiss; attention to potential basis for Motion to Dismiss. | | 7499 | 260.00 | | | | | | |
| 4/2/2020 424493 | FEE: RV 0.80 Hrs @ 200.00 Analysis of Federal law regarding allowance of successive motions to dismiss with attention to drafting motion to dismiss second amended complaint. | | 7499 | 160.00 | | | | | | |
| 4/2/2020 424494 | FEE: RV 0.70 Hrs @ 200.00 Analysis of federal procedural law to determine if statute of limitations defense is waived if not raised on a motion to dismiss. | | 7499 | 140.00 | | | | | | |
| 4/2/2020 424755 | FEE: BC 0.60 Hrs @ 200.00 Draft, review and revise First Amended Motion for Enlargement of Time | | 7499 | 120.00 | | | | | | |
| 4/2/2020 424756 | FEE: BC 3.10 Hrs @ 200.00 Attention to drafting, review and revision of Motion to Dismiss and Motion for More Definite Statement, and research and analysis of case law re: same | | 7499 | 620.00 | | | | | | |
| 4/3/2020 424759 | FEE: BC 0.50 Hrs @ 200.00 Final modification of Motion to Dismiss and attention to filing of same. | | 7499 | 100.00 | | | | | | |
| 4/20/2020 421736 | FEE: RV 0.90 Hrs @ 200.00 (Wrk: 0.00) Analysis of Friedel's Response to Motion to Dismiss Second Amended Complaint and case law cited therein to prepare Sun's reply. | | 7499 | 180.00 | | | | | | |
| 4/20/2020 424784 | FEE: BC 0.40 Hrs @ 200.00 Review of Response to MTD; attention to potential reply | | 7499 | 80.00 | | | | | | |
| 4/20/2020 424785 | FEE: BC 0.40 Hrs @ 200.00 Attention to upcoming discovery deadline; review of discovery requested and potential responses to same; communication with client re: ▬▬▬▬▬▬▬▬▬ | | 7499 | 80.00 | | | | | | |
| 4/21/2020 424121 | FEE: RV 0.80 Hrs @ 200.00 Initial screening interview with potential dog training rebuttal expert witness, Jim Crosby, regarding ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | 7499 | 160.00 | | | | | | |
| 4/21/2020 424495 | FEE: RV 0.90 Hrs @ 200.00 Research to identify Florida dog training expert witnesses qualified, competent, and fit to testify in support of Sun's defense. | | 7499 | 180.00 | | | | | | |
| 4/21/2020 424789 | FEE: BC 1.70 Hrs @ 200.00 Conference call re: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | 7499 | 340.00 | | | | | | |
| 4/22/2020 423168 | INV: Billing on Invoice 6594 Park Place: Fees: 2,240.00 | | 6594 | | | | | | | |
| 4/22/2020 424497 | FEE: RV 2.10 Hrs @ 200.00 Drafted first draft of Section II (Retaliation Claim) of the reply to Friedel's response to motion to dismiss. | | 7499 | 420.00 | | | | | | |
| 4/22/2020 424498 | FEE: RV 2.40 Hrs @ 200.00 Drafted first draft of Section III (Good Faith/Tortious Interference) of the reply to Friedel's response to motion to dismiss. | | 7499 | 480.00 | | | | | | |
| 4/22/2020 424499 | FEE: RV 2.80 Hrs @ 200.00 Drafted first draft of Section I (Piecing the Corporate Veil) of the reply to Friedel's response to motion to dismiss. | | 7499 | 560.00 | | | | | | |
| 4/22/2020 424500 | FEE: RV 1.70 Hrs @ 200.00 Drafted first draft of introduction section to reply to Friedel's response to motion to dismiss. | | 7499 | 340.00 | | | | | | |
| 4/22/2020 424791 | FEE: BC 0.80 Hrs @ 200.00 Conference call with potential expert witness re: ▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬ | | 7499 | 160.00 | | | | | | |
| 4/23/2020 424797 | FEE: BC 1.90 Hrs @ 200.00 Attention to discovery requests from opposing counsel and conference call re: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | 7499 | 380.00 | | | | | | |

| Client File Date Entry | Description Info Explanation | Ref | Inv | Fees | Exps | Op Rcpts | Acc | Tr Rcpts | Tr Disbs | Resp Tr Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/24/2020 424798 | FEE: BC 0.50 Hrs @ 200.00<br>Finalize Reply to Response to MTD and attention to filing of same. | | 7499 | 100.00 | | | | | | |
| 4/27/2020 424501 | FEE: RV 2.70 Hrs @ 200.00<br>Drafted first draft of Defendant's First Request for Production of Documents. | | 7499 | 540.00 | | | | | | |
| 4/27/2020 424502 | FEE: RV 3.80 Hrs @ 200.00<br>Drafted first draft of Defendant's Interoggatories to Plaintiffs. | | 7499 | 760.00 | | | | | | |
| 4/27/2020 424504 | FEE: RV 0.50 Hrs @ 200.00<br>Drafted first draft of Notice of Intent to Serve Subpoenas for service upon opposing attorneys. | | 7499 | 100.00 | | | | | | |
| 4/27/2020 424512 | FEE: RV 0.90 Hrs @ 200.00<br>Completed case information questionnaire and prepared request for canine expert witness to Forensis Group Expert Witness Service Provider. | | 7499 | 180.00 | | | | | | |
| 4/27/2020 424513 | FEE: RV 1.40 Hrs @ 200.00<br>Analysis of medical records, responsive discovery documents and Friedel I trial transcript with attention to determining 3rd parties to subpoena for documents. | | 7499 | 280.00 | | | | | | |
| 4/27/2020 424801 | FEE: BC 0.40 Hrs @ 200.00<br>Attention to various discovery issues including written discovery necessary and scheduling of depositions. | | 7499 | 80.00 | | | | | | |
| 4/28/2020 424505 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted proposed Subpoena request for documents for service on Barbara Lawson. | | 7499 | 80.00 | | | | | | |
| 4/28/2020 424506 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted proposed Subpoena request for documents for service on Carol Maloney. | | 7499 | 80.00 | | | | | | |
| 4/28/2020 424507 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted proposed Subpoena request for documents for service on Best Behavior Dog Training. | | 7499 | 80.00 | | | | | | |
| 4/28/2020 424508 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted proposed Subpoena request for documents for service on Dr. Guillermo Morel. | | 7499 | 80.00 | | | | | | |
| 4/28/2020 424509 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted proposed Subpoena request for documents for service on Dr. Seth Baker. | | 7499 | 80.00 | | | | | | |
| 4/28/2020 424510 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted proposed Subpoena request for documents for service on IRHS Cardiovascular Center. | | 7499 | 80.00 | | | | | | |
| 4/28/2020 424511 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted proposed Subpoena request for documents for service on Walgreens Pharmacy. | | 7499 | 80.00 | | | | | | |
| 5/4/2020 424277 | OUT: Canine Aggression Consulting, LLC<br>Expert Witness Fee | 10260 | | | 2,500.00 | | o9<br>OUT | | | |
| 5/4/2020 426581 | EXP<br>Fedex/UPS | | | | 8.70 | | | | | |
| 5/4/2020 426668 | FEE: BC 1.60 Hrs @ 200.00<br>Attention to amendment of agreed order re: discovery status; conference with opposing counsel re: same; attention to outstanding discovery, as well as discovery requests and depositions to be scheduled | | | 320.00 | | | | | | |
| 5/6/2020 426672 | FEE: BC 2.10 Hrs @ 200.00<br>Draft, review and revise response to Request for Interrogatories | | | 420.00 | | | | | | |
| 5/8/2020 426673 | FEE: BC 0.90 Hrs @ 200.00<br>Review and revise discovery requests to G. and K. Friedel. | | | 180.00 | | | | | | |
| 5/11/2020 424476 | FEE: RV 0.80 Hrs @ 200.00 (Wrk: 1.70)<br>Analysis of Federal Rules of Evidence and related case law on medical records and hearsay to determine whether Dr. Morel's records will be admissible and how those records need to be admitted. | | | 160.00 | | | | | | |
| 5/11/2020 424477 | FEE: RV 3.80 Hrs @ 200.00<br>Drafted legal research memorandum analyzing applicable law and discussing admissibility of Dr. Morel's medical records and potential use of those records at trial. | | | 760.00 | | | | | | |
| 5/11/2020 426674 | FEE: BC 3.20 Hrs @ 200.00<br>Attention to discovery dispute with opposing counsel; draft First Amended Response to RTP; attention to bates labelling of documents and circulation to opposing counsel; e-mail communication with opposing counsel re: same; attention to discovery status and documents to be produced. | | | 640.00 | | | | | | |
| 5/12/2020 424478 | FEE: RV 1.80 Hrs @ 200.00<br>Analysis and research of Federal law regarding res judicata to be included in Summary Judgment Memorandum of Law. | | | 360.00 | | | | | | |
| 5/12/2020 424479 | FEE: RV 1.40 Hrs @ 200.00<br>Analysis and research of Federal law regarding issue preclusion in discrimination cases to be included in Summary Judgment Memorandum of Law. | | | 280.00 | | | | | | |
| 5/12/2020 424480 | FEE: RV 2.30 Hrs @ 200.00<br>Analysis and research of Federal law regarding the application of the statute of limitations in Fair Housing Act cases to be included in Summary Judgment Memorandum of Law. | | | 460.00 | | | | | | |
| 5/12/2020 426599 | EXP<br>Fedex/UPS | | | | 8.70 | | | | | |
| 5/13/2020 424445 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted Motion for Summary Judgment (request for relief section). | | | 80.00 | | | | | | |

| Client File Date Entry | Description Info Explanation | Ref | Inv | Fees | Exps | Op Rcpts | Acc | Tr Rcpts | Tr Disbs | Resp Tr Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/13/2020 424481 | FEE: RV 3.20 Hrs @ 200.00<br>Drafted Statement of Undisputed Material Facts in Support of Summary Judgment. | | | 640.00 | | | | | | |
| 5/13/2020 424483 | FEE: RV 0.90 Hrs @ 200.00 (Wrk: 0.00)<br>Analysis of Friedel 2 court filings, discovery documents, and file correspondence with attention to drafting Statement of Undisputed Facts in Support of Motion for Summary Judgment. | | | 180.00 | | | | | | |
| 5/13/2020 424492 | FEE: RV 1.20 Hrs @ 200.00<br>Analysis of Friedel 1 court filings, deposition transcripts, evidence, and trial court transcripts with attention to drafting Statement of Undisputed Facts in Support of Motion for Summary Judgment. | | | 240.00 | | | | | | |
| 5/13/2020 426677 | FEE: BC 3.80 Hrs @ 200.00<br>Review and revise Discovery Requests to G. Friedel, including Request for Production and Request for Interrogatories; conference with opposing counsel re: discovery dispute; conference with co-counsel re: ▇▇▇ | | | 760.00 | | | | | | |
| 5/14/2020 424446 | FEE: RV 1.10 Hrs @ 200.00<br>Drafted first draft of introduction section of Memorandum of Law in Support of Summary Judgment. | | | 220.00 | | | | | | |
| 5/14/2020 424487 | FEE: RV 5.70 Hrs @ 200.00<br>Drafted Memorandum of Law in Support of Summary Judgment (Section I - res judicata). | | | 1,140.00 | | | | | | |
| 5/14/2020 426678 | FEE: BC 3.30 Hrs @ 200.00<br>Review and analysis of expert witness report; conference with expert re: ▇▇▇ | | | 660.00 | | | | | | |
| 5/15/2020 424448 | FEE: RV 0.40 Hrs @ 200.00<br>Drafted Memorandum of Law in Support of Summary Judgment (summary judgment standard section). | | | 80.00 | | | | | | |
| 5/15/2020 424451 | FEE: RV 0.30 Hrs @ 200.00<br>Drafted Motion for Summary Judgment (conclusion section). | | | 60.00 | | | | | | |
| 5/15/2020 424489 | FEE: RV 3.40 Hrs @ 200.00<br>Drafted Memorandum of Law in Support of Summary Judgment (section III - statute of limitations). | | | 680.00 | | | | | | |
| 5/15/2020 424490 | FEE: RV 3.10 Hrs @ 200.00<br>Drafted Memorandum of Law in Support of Summary Judgment (section II - issue preclusion). | | | 620.00 | | | | | | |
| 5/15/2020 426602 | EXP<br>Fedex/UPS | | | | 8.70 | | | | | |
| 5/16/2020 426685 | FEE: BC 3.10 Hrs @ 200.00<br>Draft, review and revise Motion for Summary Judgment - attention to modification of same, including statement of facts. | | | 620.00 | | | | | | |
| 5/18/2020<br>424456 | IN: Sun Communities, Inc.<br>On behalf of Park Place | 00186 | 6594 | | | 2,240.00 | o9<br>OUT | | | |
| 5/18/2020 426683 | FEE: BC 1.20 Hrs @ 200.00<br>Review Motion to Compel and Motion for Sanctions; attention to amendment of interrogatory response and request to produce. | | | 240.00 | | | | | | |
| 5/19/2020 426684 | FEE: BC 1.30 Hrs @ 200.00<br>Attention to additional documents to provide and amendment to response to Request for Production. | | | 260.00 | | | | | | |
| 5/22/2020 426690 | FEE: BC 3.90 Hrs @ 200.00<br>Draft, review and revise Motion for Attorneys' Fees and Costs | | | 780.00 | | | | | | |
| 5/25/2020 425172 | FEE: RV 0.40 Hrs @ 200.00<br>Analysis of Federal Rule of Civil Procedure 54 and case law annotations with attention to revising motion for attorney's fees and costs. | | | 80.00 | | | | | | |
| 5/25/2020 425174 | FEE: RV 0.90 Hrs @ 200.00<br>Analysis of 28 USC 1920 and related case law annotations to determine which expenses, such as expert witness fees, are recoverable as costs with attention to revising Motion for Attorney's Fees and Costs. | | | 180.00 | | | | | | |
| 5/26/2020 425168 | FEE: RV 2.40 Hrs @ 200.00<br>Drafted revisions to Motion for Attorney's Fees and Costs to include additional argument and authorities gleaned from legal research of the issues raised in the motion. | | | 480.00 | | | | | | |
| 5/26/2020 425170 | FEE: RV 0.60 Hrs @ 200.00<br>Analysis of federal case law regarding recovery of e-discovery expenses as costs with attention to revising motion for attorney's fees and costs. | | | | | | | | | |
| 5/27/2020 425166 | FEE: RV 1.10 Hrs @ 200.00<br>Analysis of Federal Rule 11 and related case law annotations with attention to drafting motion for sanctions against opposing attorneys. | | | 220.00 | | | | | | |
| 5/28/2020 425169 | FEE: RV 1.30 Hrs @ 200.00<br>Analysis of Federal Statute 28 USCA 1927 and related case law annotations with attention to drafting motion for sanctions against opposing attorneys. | | | 260.00 | | | | | | |
| 5/29/2020 425725 | FEE: RV 4.70 Hrs @ 200.00<br>Drafted Motion for Sanctions against Friedel's attorneys pursuant to Federal Statute 1927. | | | 940.00 | | | | | | |
| 5/29/2020 426697 | FEE: BC 0.80 Hrs @ 200.00<br>Attention to amendment of Motion for Attorneys' Fees and Motion for Sanctions; review and analysis of case law re: same. | | | 160.00 | | | | | | |

| Client File Date Entry | Description Info Explanation | Ref | Inv | Fees | Exps | Op Rcpts | Acc | Tr Rcpts | Tr Disbs | Resp Tr Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/2/2020 425800 | INV: Billing on Invoice 7499 Park Place: Fees: 7,360.00 | | 7499 | | | | | | | |
| 6/15/2020 426717 | FEE: RV 1.30 Hrs @ 200.00 Analysis of Friedel's response to motion for sanctions (18 pages), attached exhibit, and research of case law cited with attention to drafting a reply brief. | | | 260.00 | | | | | | |
| 6/15/2020 426718 | FEE: RV 0.90 Hrs @ 200.00 Analysis of Friedel's response to motion for attorney's fees (12 pages) attached exhibit, and research of case law cited with attention with attention to drafting a reply brief. | | | 180.00 | | | | | | |
| 6/16/2020 426725 | FEE: RV 0.70 Hrs @ 200.00 Drafted first draft of amended Motion for Sanctions to include additional submissions set out by Local Rule 7.3. | | | 140.00 | | | | | | |
| 6/16/2020 426729 | FEE: RV 0.70 Hrs @ 200.00 Research of 11th Circuit case law regarding whether denial of a motion for noncompliance with local rules is with or without prejudice. | | | 140.00 | | | | | | |
| 6/16/2020 426732 | FEE: RV 0.90 Hrs @ 200.00 Drafted first draft of Amended Motion for Attorney's Fees and Costs to include additional submissions required by Local Rule 7.3. | | | 180.00 | | | | | | |
| 6/16/2020 426733 | FEE: RV 0.40 Hrs @ 200.00 Research regarding federal and local rules regarding good faith conferences and procedures for motions for attorney's fees with attention to drafting first draft of replies to Plaintiffs' Responses to Motions for Attorney's Fees and Sanctions. | | | 80.00 | | | | | | |
| 6/17/2020 426727 | FEE: RV 3.40 Hrs @ 200.00 Drafted first draft of Reply to Friedel's Response to Motion for Sanctions (6 pages). | | | 680.00 | | | | | | |
| 6/17/2020 426728 | FEE: RV 3.60 Hrs @ 200.00 Drafted first draft of reply to Friedel's response to motion for attorney's fees and costs (7 pages). | | | 720.00 | | | | | | |
| 6/17/2020 426730 | FEE: RV 0.50 Hrs @ 200.00 Research regarding meaning of "reasonable time" period deadline for filing motion for sanctions. | | | 100.00 | | | | | | |

|  | Unbilled | | | | Billed | | | Balances | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Che | + Recov | + Fees | = Total | Disbs | + Fees | + Other | - Receipts | = A/R | Trust |
| Period | 2,500.00 | 26.10 | 15,640.00 | 18,166.10 | 0.00 | 13,080.00 | 0.00 | | | |

Report Selections:
  Completed          : Wednesday, June 17, 2020 3:16 PM
  Requested By       : Ryan Vatalaro
  Start Date         : 7/1/2019
  End Date           : 6/17/2020
  File               : 12615-002 - Park Place v. Friedel
  Pmt Type           : Cash, Che, Drft, Cert, EFT, Chrg, CC, DC, Int, NSF, Err, Ord, Void, Oth
  Entry Type         : All
  WantFileTypeFlag   : AllFilesWithNumbers
  WantFilesAr        : false
  WantFilesTrust     : false
  WantFilesUnBilled  : false
  WantFilesRetainer  : false
  FirmTotalsOnly     : false
  ExcludeNonBillableWork : false
  FilterExcludeTAFExempt : false