**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 2:19-CV-14394-ROSENBERG**

GEORGE FRIEDEL &
KATHLEEN FRIEDEL,

    Plaintiffs,

vs.

SUN COMMUNITIES, INC.,

    Defendant.
_____/

**DEFENDANTS' MOTION TO REINSTATE DEFENDANTS' AMENDED MOTION FOR ATTORNEY'S FEES AND COSTS [DOC. 48] AND DEFENDANTS' AMENDED MOTION FOR SANCTIONS [DOC. 49]**

Defendants, Sun Communities, Inc. ("Sun Communities") and Park Place Community, L.L.C. ("Park Place"), by and through the undersigned counsel, hereby file this Motion to Reinstate and in support thereof state:

1. On May 19, 2020, this Court granted the Defendants' Motion to Dismiss [Doc. 40].

2. On June 18, 2020, Plaintiffs timely filed a Notice of Appeal [Doc. 45].

3. On July 16, 2020, Defendants, through counsel, filed Defendants' Amended Motion for Attorneys' Fees and Costs [Doc. 48].

4. On July 16, 2020, Defendants, through counsel, filed Defendants' Amended Motion for Sanctions [Doc. 49].

5. On August 21, 2020, District Court Judge Robin L. Rosenberg entered a paperless order staying both motions pending the outcome of the appeal [Doc. 50].

6. This paperless order, in pertinent part, stated:

> PAPERLESS ORDER terminating [48] Motion for Attorney Fees and terminating [49] Motion for Sanctions. Although costs may properly be taxed at this time, cf. *Rothenberg v. Sec. Mgmt. Co.*, 677 F.2d 64, 64 (11th Cir. 1982) ("[C]osts may be taxed after a notice of appeal has been filed."), the Court uses its discretion to stay this matter pending the outcome of the appeal, cf. *Belize Telecom, Ltd. v. Gov't of Belize*, 528 F.3d 1298, 1310 (11th Cir. 2008) ("[W]e leave for the district court to determine whether a stay or a hearing on costs and fees is appropriate, given the pending appeal...."). Any party may move for the Motions to be reinstated after the conclusion of the pending appeal. Signed by Judge Robin L. Rosenberg (bkd)

7. On August 24, 2021, the United States Court of Appeals for the Eleventh Circuit entered an opinion in Case No. 20-12275 affirming the District Court decision granting Defendants' Motion to Dismiss. The opinion was mandated as a judgment on September 22, 2021.

8. Since the appeal has concluded, Defendants now move this Court to lift its stay and reinstate Defendants' Amended Motion for Attorney's Fees and Costs and Defendants' Amended Motion for Sanctions initially filed on July 16, 2020.

WHEREFORE, Sun Communities and Park Place respectfully request an order lifting the stay and reinstating these Motions for disposition.

Dated:  October 22, 2021

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), counsel for Defendants has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion. The opposing parties do not object to reinstatement of the above-referenced motions upon the entry of the Circuit Court's mandate for judgment on the appeal.

Respectfully submitted,

ATLAS LAW

/s/ Brian C. Chase
Brian C. Chase, Esq.
Florida Bar No. 0017520
3902 N. Marguerite Street
Tampa, Florida 33603
T: 813.241.8269
F: 813.840.3773
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the day of October 22, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Brian C. Chase
Brian C. Chase, Esq.
Florida Bar No. 17520

**SERVICE LIST**

| | |
|---|---|
| MARCY I. LAHART, ESQ. | DENESE VENZA |
| Marcy I. LaHart, P.A. | Venza Law LLC |
| 207 SE Tuskawilla Road | 931 Village Boulevard |
| Micanopy, Florida 32667 | West Palm Beach, Florida 33409 |
| VIA CM/ECF | VIA CM/ECF |