Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  2:17-CV-14056-ROSENBERG/LYNCH


GEORGE FRIEDEL,

        PLAINTIFF,

vs.

PARK PLACE COMMUNITY, LLC,

        DEFENDANT.

_____

DEPOSITION OF MEGAN BUNTING

DATE:          JUNE 13, 2017

TIME:          11:16 A.M. - 11:50 A.M.

PLACE:         PARK PLACE
               1001 WEST LAKEVIEW DRIVE
               SEBASTIAN, FLORIDA 32958

TAKEN BY:      PLAINTIFF

REPORTER:      STACEY BARKLEY, COURT REPORTER,
               NOTARY PUBLIC OF THE STATE OF
               FLORIDA AT LARGE


APPEARANCES:

FOR PLAINTIFF: MARCY I. LAHART, P.A.
               4804 SW 45TH STREET
               GAINESVILLE, FLORIDA 32608
               BY: MARCY I. LAHART, ESQUIRE

FOR DEFENDANT: ATLAS LAW
               1701 NORTH 20TH STREET, SUITE B
               TAMPA, FLORIDA 33605
               BY: BRIAN C. CHASE, ESQUIRE


ALSO PRESENT:  GEORGE AND KATHLEEN FRIEDEL

f98f07d8-dc18-4a00-b37b-cc167ec9cfbc

Page 25

1     Q.   Based on -- you stated you have or have not
2  seen this letter before?
3     A.   I can't recall.
4     Q.   Would having seen this letter make you make
5  Park Place reconsider its decision to have Maggie
6  removed?
7     A.   No.
8     Q.   Why not?
9     A.   Let me take that back and restate, I wouldn't
10 make that decision.
11    Q.   You are here testifying on behalf of Park
12 Place.  Would it make Park Place reconsider its decision?
13    A.   I cannot answer that.
14    Q.   Are you familiar with Park Place's service and
15 assistance animal policy?
16    A.   I am familiar with Sun's policy, yes.
17    Q.   Is Sun's policy also Park Place's policy?
18    A.   Park Place's policy would be Sun's policy, yes.
19    Q.   So the same policy would apply to all the
20 properties that you oversee?
21    A.   Depending on the state, I believe, yes.
22    Q.   Do you oversee any properties --
23    A.   No.
24    Q.   -- in any other states?
25    A.   No, in Florida.  That's why I can't answer on

f98f07d8-dc18-4a00-b37b-cc167ec9cfbc