```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
         CASE NO.:  2:17-CV-14056-ROSENBERG/LYNCH
```

GEORGE FRIEDEL,

    PLAINTIFF,

vs.

PARK PLACE COMMUNITY, LLC,

    DEFENDANT.

---

|  |  |
|---|---|
|  | DEPOSITION OF PATTY JAMAR |
| DATE: | JUNE 13, 2017 |
| TIME: | 10:00 A.M. - 11:13 A.M. |
| PLACE: | PARK PLACE<br>1001 WEST LAKEVIEW DRIVE<br>SEBASTIAN, FLORIDA 32958 |
| TAKEN BY: | PLAINTIFF |
| REPORTER: | STACEY BARKLEY, COURT REPORTER,<br>NOTARY PUBLIC OF THE STATE OF<br>FLORIDA AT LARGE |

APPEARANCES:

| | |
|---|---|
| FOR PLAINTIFF: | MARCY I. LAHART, P.A.<br>4804 SW 45TH STREET<br>GAINESVILLE, FLORIDA 32608<br>BY: MARCY I. LAHART, ESQUIRE |
| FOR DEFENDANT: | ATLAS LAW<br>1701 NORTH 20TH STREET, SUITE B<br>TAMPA, FLORIDA 33605<br>BY: BRIAN C. CHASE, ESQUIRE |
| ALSO PRESENT: | GEORGE AND KATHLEEN FRIEDEL<br>MEGAN BUNTING |

1   A.   I don't know.
2   Q.   If they did, do you think you would know?
3   A.   Maybe not. I didn't live next to them.
4   Q.   You don't think somebody would have reported
5   them?
6   A.   They may have.
7   Q.   You stated that you were not the person who
8   said that Maggie -- in this report said Maggie needed to
9   be removed from the property, correct?
10  A.   Correct.
11  Q.   Did you feel like Maggie needed to be removed
12  from the property?
13  A.   That's not my decision to make.
14  Q.   I understand it's not your decision to make.
15  But did you feel that way?
16  A.   Yes.
17  Q.   Why is that?
18  A.   If another dog attacks another dog, it's
19  against our policies.
20  Q.   So any time any dog gets into a fight with
21  another dog at Sun Communities' properties, the dogs need
22  to be removed?
23  A.   That's up to our risk management department.
24  Q.   S. Woodworth, is that the name with the risk
25  management department?