**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CV-14394-ROSENBERG/MAYNARD**

GEORGE FRIEDEL and
KATHERINE FRIEDEL,

   Plaintiffs,

v.

SUN COMMUNITIES, INC.,

   Defendant.
_____/

**NOTICE OF APPEARANCE**

Pursuant to Fed.R.Civ.P.5(a)(1)(E), the undersigned files his notice of appearance as counsel for DENESE VENZA in this action.

SELLARS, MARION & BACHI, P.A.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile:  (561) 655-4994
E-Mail:   dbachi@smb-law.com
     clis@smb-law.com

BY:/*s/ Daniel M. Bachi*
Daniel M. Bachi, Esquire
Florida Bar Board Certified Civil Trial Lawyer
Florida Bar No. 443808

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 18th day of February, 2022, a true copy of the foregoing has been filed via the CM/ECF E-Filing Portal with the Office of the Clerk of the Court which will transmit copies to all counsel of record.

BY: */s/ Daniel M. Bachi*
Daniel M. Bachi, Esquire
Florida Bar No. 443808
