# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-CV-14394-ROSENBERG

GEORGE FRIEDEL & KATHLEEN
FRIEDEL,

    Plaintiffs,

v.

SUN COMMUNITIES, INC. & PARK
PLACE COMMUNITY, LLC,

    Defendants.
_____/

## ORDER ADOPTING IN PART MAGISTRATE'S REPORT AND RECOMMENDATION

    This matter is before the Court upon the Defendants' Second Renewed Motion for Attorneys' Fees and Costs [DE 92] which was referred to the Honorable Shaniek M. Maynard for a Report and Recommendation.  On November 3, 2022, Judge Maynard issued a Report and Recommendation recommending that the Motion be granted in part and denied in part.  DE 102.  Plaintiffs filed objections to the Report.  DE 104.  Defendants filed a response to the objections.  DE 105.  The Court has conducted a *de novo* review of Magistrate Judge Maynard's Report and Recommendation, the objections, the response to the objections, and the record and is otherwise fully advised in the premises.

    Upon review, the Court finds Judge Maynard's recommendations to be well reasoned and correct.  The Court agrees with the analysis in Judge Maynard's Report and Recommendation, with one exception.  The Court declines to award the Defendants costs because the basis for Judge Maynard's award was the underlying lease in this case, but the provision for costs in the lease pertains to actions for possession of real property.  This case did not concern an action for

possession of real property.  In all other respects, the Court adopts Judge Maynard's Report.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 102] is hereby **ADOPTED IN PART**;

2. The Defendants' Second Renewed Motion for Attorneys' Fees and Costs [DE 92] is **GRANTED IN PART AND DENIED IN PART**; and

3. The Defendants are awarded **$59,926.00** in attorney fees.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of December, 2022.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record